UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

May 14, 2021

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| DISH Network, L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-21-859 |
| | § | |
| Dinesh Vigneswaran, et al., | § | |
| | § | |
| Defendants. | § | |

## Extension Order

By August 13, 2021, DISH Network, L.L.C., must serve the defendants.

(14)

Signed on May 14, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge