Court File No. 4:21-cv-859

## UNITED STATES COURT
### for the
### Southern District of Texas

**B E T W E E N :**

### DISH NETWORK L.L.C.

**Plaintiffs**

- and -

### DINESH VIGNESWARAN, d/b/a ChitramTV Canada and Chitram.ca and DOES 1-10, individually and together d/b/a ChitramTV and Chitram.tv

**Defendants**

## AFFIDAVIT OF SERVICE

I, David Farahmand, of the City of Richmond Hill, in the Province of Ontario, **MAKE OATH AND SAY:**

1. On May 7, 2021, I attended at 25 Rushworth Drive, Ajax, Ontario, and spoke to a woman of East Indian heritage, hereafter referred to as Jane Doe, as she did not provide her name. Jane Doe stated that she was a resident of this address and that Dinesh Vigneswaran did not reside at this address. While at this address, I observed a black Mercedes C43 bearing Ontario license plate CRZC 327 to be parked in the driveway.

2. On May 12, 2021, I again attended at 25 Rushworth Drive, Ajax, Ontario and spoke to Jane Doe, the same woman of East Indian heritage with whom I had spoken on May 7, 2021. At this time, I substitute served Dinesh Vigneswaran, by

leaving conformed copies of the Summons in a Civil Action dated March 17, 2021, the Complaint dated March 16, 2021, the Civil Cover Sheet dated March 16, 2021, and the Order for Conference dated March 17, 2021 at 25 Rushworth Drive, Ajax, Ontario, the within named person's usual place of residence, to Jane Doe who I believe to be the spouse of Dinesh Vigneswaran, and whom I believe to be over the age of 18, who stated that she resides therein, and informing her of the contents of the documents. At the time of the service, Jane Doe denied any knowledge of Dinesh Vigneswaran.

3.  I have reviewed the images enclosed herein as **Exhibit A** and confirm that the woman present in these images is the woman whom I served documents upon on May 12, 2021. I have confirmed that these images are present on a Facebook profile addressed as https://www.facebook.com/Abarajitha.Thurai, which is identified as a Facebook profile belonging to a Hari Athreya. This Facebook profile also includes an image of a male identified as Dinesh Vigneswaran, Head of Operations for Lyca TV.

4.  I have reviewed property documents associated with the property addressed as 25 Rushworth Drive, Ajax, Ontario and note that said documents identify the property owners as Dinesh Vigneswaran, Thurairasa Kanapathipillai, and Ajith Thuraiyan. Dinesh Vigneswaran's date of birth is identified by the documents as December 12, 1983. These documents further identify Dinesh Vigneswaran's address for service as 25 Rushworth Drive, Ajax, Ontario. Copies of these documents are enclosed as **Exhibit B**.

5. I have reviewed the results of a Used Vehicle Information Package in respect to the black Mercedes C43 bearing Ontario license plate CRZC 327. This document identifies the current registrant of this vehicle to be Dinesh Vigneswaran of Ajax, Ontario. The document further notes that this vehicle is party to a lien and identifies the debtor as  Dinesh Vigneswaran of Ajax, Ontario. A copy of this document is enclosed herein as **Exhibit C**.

6. I have reviewed the results of a search as to registered liens and financial instruments associated with Dinesh Vigneswaran. This document indicates that Dinesh Vigneswaran with date of birth December 12, 1983, reported his place of residence as 25 Rushworth Drive, Ajax, Ontario. A copy of this document is enclosed herein as **Exhibit D**.

7. I am informed by Gavin Phillips of Xpera Risk Mitigation and Investigation that on May 26, 2021, copies of the Summons in a Civil Action dated March 17, 2021, the Complaint dated March 16, 2021, the Civil Cover Sheet dated March 16, 2021, and the Order for Conference dated March 17, 2021, were couriered to 25 Rushworth Drive, Ajax, Ontario.

Affirmed remotely by David Farahmand of the   )
City of Richmond Hill, in the Province of Ontario,   )
by me on the 2nd day of June 2021, in accordance   )
with  Ontario Regulation 431/20, Administrating   )   _____
Oath and Declaration Remotely   )   David Farahmand
   )
_____   )
**A Commissioner for Taking Affidavits, etc.**

This is **Exhibit A**
in support of the Affidavit of David Farahmand,
solemnly affirmed before me in the City of Brampton, in the Province of Ontario,
this _3_ day of June, ~~2020~~ 2021

_____
Commissioner for Oaths

A COMMISSIONER ETC.
Tyannah
Bogle
WHILE A
LICENSED PARALEGAL
LSO #P13631
PROVINCE OF ONTARIO





Hari Athreya
June 25, 2019 · 🌐

👍 27    2 Comments

↪ Share

Mȳthiḷi Sugi
Niceeeee
1y  👍 1

Hayanikanthan Rasaratnam
happy birthday kuddy
1y  👍 1




Hari Athreya
November 4, 2012 · 

8     1 Comment

Share

Mýthili Sugi
Looking so pretty abii👍👍👍👍
6y     1

 **Hari Athreya**

 Add Friend    Message   ···

## Intro

 Married

🕐 Joined May 2011

## Photos

See All Photos







## Friends

See All Friends

👍 9

↗ Share



**Hari Athreya**
May 25, 2016 · 🌐   ···

**Dinesh Vigneswaran**
HEAD OF OPERATIONS
Lyca TV

Powered By
Scarborough
Convention Center
June 4th

**Men's Services for Mental Health**
May 25, 2016 · 🌐

Proud to announce the internationally recognized Lyca Tv Canada
as Verty Party For Men's Mental Health Promotion's Powered By

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More

This is **Exhibit B**
in support of the Affidavit of David Farahmand,
solemnly affirmed before me in the City of Brampton, in the Province of Ontario,
this _3_ day of June, ~~2020~~ *2021* *TB*

_____
Commissioner for Oaths



## 25 Rushworth Dr, Ajax, L1Z1S2   Suggest an address correction



| Owner Name | Last Sale | Lot Size |
|---|---|---|
| THURAIYAN, AJITH; KANAPATHIPILLAI, THURAIRASA; VIG... | $780,000 | 4,166 ft² |
| Multiple Owners (See Property Details) | Nov 09, 2018 | Area     259 ft   Perimeter |
| | | Measurements Available (See Site & Structure) |

**Legal Description**
LOT 49, PLAN 40M2174, S/T RIGHT FOR 5 YEARS FROM 2005 03 02 AS IN DR368465 TOWN OF AJAX

---

## Property Details



| GeoWarehouse Address | Ownership Type | Registration Type |
|---|---|---|
| 25 RUSHWORTH DR, AJAX, L1Z1S2 | Freehold | Certified (Land Titles) |
| **Land Registry Office** | **Land Registry Status** | **PIN** |
| Durham (40) | Active | 264100133 |
| **Owner Names** | **Property Type** | |
| THURAIYAN, AJITH; KANAPATHIPILLAI, THURAIRASA; VIGNESWARAN, DINESH | SINGLE_FAMILY | |

---

## Site & Structure




**Lot Size**
Area: 4,165.63 ft² (0.096 ac)     Perimeter: 259.19 ft
Measurements: 87.04 ft x 35.17 ft x 74.41 ft x 20.66 ft x 44.32 ft
Lot Measurement Accuracy: HIGH

---

## Valuation & Sales

**Sales History**

| Sale Date | Sale Amount | Type | Party To | Notes |
|---|---|---|---|---|
| Nov 09, 2018 | $780,000 | Transfer | THURAIYAN, AJITH; KANAPATHIPILLAI, THURAIRASA; VIGNESWARAN, DINESH; | |
| April 22, 2016 | $688,000 | Transfer | SEROYA, GURSHARN SINGH; SINGH, JAGVINDER; | |
| June 21, 2013 | $453,000 | Transfer | YUNUS, ZINIT MOHAMMED; AHMED, MOHAMED; | |
| March 02, 2005 | $267,027 | Transfer | JOSIFOVSKI, PARESKEVI; JOSIFOVSKI, LOUIE; | |

---

## HoodQ™ Data



**SCHOOLS**
6 public & 5 Catholic schools serve this home. Of these, 10 have catchments. There are 2 private schools nearby.



**PARKS & REC**
4 playgrounds, 1 sports field and 1 other facilities are within a 20 min walk of this home.



**TRANSIT**
Street transit stop less than a 3 min walk away. Rail transit stop less than 5 km away.

powered by HoodQ



Copyright © 2002-2021 Teranet Inc. and its suppliers. All rights reserved.

www.geowarehouse.ca



LAND
REGISTRY
OFFICE #40

| 26410-0133 (LT) |

\* CERTIFIED IN ACCORDANCE WITH THE LAND TITLES ACT \* SUBJECT TO RESERVATIONS IN CROWN GRANT \*

PROPERTY DESCRIPTION:    LOT 49, PLAN 40M2174, S/T RIGHT FOR 5 YEARS FROM 2005 03 02 AS IN DR368465; TOWN OF AJAX

PROPERTY REMARKS:    "SUBJECT TO SUBSECTION 44(1) OF THE LAND TITLES ACT, EXCEPT PARAGRAPHS 3 AND 14 THEREOF AND PROVINCIAL SUCCESSION DUTIES".

ESTATE/QUALIFIER:
FEE SIMPLE
ABSOLUTE

RECENTLY:
SUBDIVISION FROM 26410-0084

PIN CREATION DATE:
2003/12/08

OWNERS' NAMES                CAPACITY  SHARE
VIGNESWARAN, DINESH          TCOM      99% INT
KANAPATHIPILLAI, THURAIRASA  JTEN      PT 1% INT
THURAIYAN, AJITH             JTEN      PT 1% INT

| REG. NUM. | DATE | INSTRUMENT TYPE | AMOUNT | PARTIES FROM | PARTIES TO | CERT/CHKD |
|---|---|---|---|---|---|---|
| | | \*\* PRINTOUT INCLUDES ALL DOCUMENT TYPES AND DELETED INSTRUMENTS SINCE 2003/12/08 \*\* | | | | |
| LT989054 | 2000/10/16 | BYLAW | | THE REGIONAL MUNICIPALITY OF DURHAM | | C |
| | | REMARKS: BY-LAW REGARDING DEVELOPMENT CHARGES FOR SANITARY SEWERAGE WORKS FOR THE CARRUTHERS CREEK DEVELOPMENT AREA | | | | |
| DR78553 | 2002/05/28 | APL ABSOLUTE TITLE | | ROSSLAND ROAD HOLDINGS LIMITED | ROSSLAND ROAD HOLDINGS LIMITED | C |
| DR214391 | 2003/09/30 | CHARGE | | \*\*\* DELETED AGAINST THIS PROPERTY \*\*\*  MEDALLION DEVELOPMENTS (CASTLEFIELDS) LIMITED | CANADIAN IMPERIAL BANK OF COMMERCE | |
| 40M2174 | 2003/11/20 | PLAN SUBDIVISION | | | | C |
| DR231115 | 2003/11/27 | NO SUB AGREEMENT | | THE REGIONAL MUNICIPALITY OF DURHAM | MEDALLION DEVELOPMENTS (CASTLEFIELDS) LIMITED | C |
| DR231116 | 2003/11/27 | POSTPONEMENT | | \*\*\* DELETED AGAINST THIS PROPERTY \*\*\*  CANADIAN IMPERIAL BANK OF COMMERCE | THE REGIONAL MUNICIPALITY OF DURHAM | |
| | | REMARKS: DR214391 TO DR231115 | | | | |
| DR232814 | 2003/12/01 | NO SUB AGREEMENT | | THE CORPORATION OF THE TOWN OF AJAX | MEDALLION DEVELOPMENTS (CASTLEFIELDS) LIMITED | C |
| DR232815 | 2003/12/01 | POSTPONEMENT | | \*\*\* DELETED AGAINST THIS PROPERTY \*\*\*  CANADIAN IMPERIAL BANK OF COMMERCE | THE CORPORATION OF THE TOWN OF AJAX | |
| | | REMARKS: DR214391 TO DR232814 | | | | |
| DR289630 | 2004/06/24 | APL ANNEX REST COV | | MEDALLION DEVELOPMENTS (CASTLEFIELDS) LIMITED | | C |
| | | REMARKS: FOR 10 YEARS FROM 2004 06 24 | | | | |
| DR368465 | 2005/03/02 | TRANSFER | | \*\*\* COMPLETELY DELETED \*\*\*  MEDALLION DEVELOPMENTS (CASTLEFIELDS) LIMITED | JOSIFOVSKI, LOUIE  JOSIFOVSKI, PARESKEVI | |
| DR368466 | 2005/03/02 | CHARGE | | \*\*\* COMPLETELY DELETED \*\*\*  JOSIFOVSKI, LOUIE | THE TORONTO-DOMINION BANK | |

NOTE: ADJOINING PROPERTIES SHOULD BE INVESTIGATED TO ASCERTAIN DESCRIPTIVE INCONSISTENCIES, IF ANY, WITH DESCRIPTION REPRESENTED FOR THIS PROPERTY.
NOTE: ENSURE THAT YOUR PRINTOUT STATES THE TOTAL NUMBER OF PAGES AND THAT YOU HAVE PICKED THEM ALL UP.



LAND
REGISTRY
OFFICE #40

26410-0133 (LT)

* CERTIFIED IN ACCORDANCE WITH THE LAND TITLES ACT * SUBJECT TO RESERVATIONS IN CROWN GRANT *

| REG. NUM. | DATE | INSTRUMENT TYPE | AMOUNT | PARTIES FROM | PARTIES TO | CERT/ CHKD |
|---|---|---|---|---|---|---|
| | | | | JOSIFOVSKI, PARESKEVI | | |
| DR386924 | 2005/05/11 | DISCH OF CHARGE | | *** COMPLETELY DELETED *** CANADIAN IMPERIAL BANK OF COMMERCE | | |
| | *REMARKS: RE: DR214391* | | | | | |
| DR430533 | 2005/09/23 | NOTICE | | HER MAJESTY THE QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE MINISTER OF TRANSPORT | | C |
| | *REMARKS: AIRPORT ZONING REGULATIONS* | | | | | |
| DR907702 | 2010/06/16 | CHARGE | | *** COMPLETELY DELETED *** JOSIFOVSKI, LOUIE JOSIFOVSKI, PARESKEVI | THE TORONTO-DOMINION BANK | |
| DR1186317 | 2013/06/21 | TRANSFER | | *** COMPLETELY DELETED *** JOSIFOVSKI, LOUIE JOSIFOVSKI, PARESKEVI | AHMED, MOHAMED YUNUS, ZINIT MOHAMMED | |
| DR1186318 | 2013/06/21 | CHARGE | | *** COMPLETELY DELETED *** AHMED, MOHAMED YUNUS, ZINIT MOHAMMED | STREET CAPITAL FINANCIAL CORPORATION | |
| DR1195266 | 2013/07/23 | DISCH OF CHARGE | | *** COMPLETELY DELETED *** THE TORONTO-DOMINION BANK | | |
| | *REMARKS: DR368466.* | | | | | |
| DR1195298 | 2013/07/23 | DISCH OF CHARGE | | *** COMPLETELY DELETED *** THE TORONTO-DOMINION BANK | | |
| | *REMARKS: DR907702.* | | | | | |
| DR1354400 | 2015/04/17 | NOTICE | | *** COMPLETELY DELETED *** AHMED, MOHAMED | HOME TRUST COMPANY | |
| | *REMARKS: LODGEMENT* | | | | | |
| DR1467264 | 2016/04/22 | TRANSFER | | *** COMPLETELY DELETED *** AHMED, MOHAMED YUNUS, ZINIT MOHAMMED | SINGH, JAGVINDER SEROYA, GURSHARN SINGH | |
| DR1467265 | 2016/04/22 | CHARGE | | *** COMPLETELY DELETED *** SINGH, JAGVINDER SEROYA, GURSHARN SINGH | STREET CAPITAL FINANCIAL CORPORATION | |
| DR1478064 | 2016/05/31 | DISCH OF CHARGE | | *** COMPLETELY DELETED *** | | |

NOTE: ADJOINING PROPERTIES SHOULD BE INVESTIGATED TO ASCERTAIN DESCRIPTIVE INCONSISTENCIES, IF ANY, WITH DESCRIPTION REPRESENTED FOR THIS PROPERTY.
NOTE: ENSURE THAT YOUR PRINTOUT STATES THE TOTAL NUMBER OF PAGES AND THAT YOU HAVE PICKED THEM ALL UP.



LAND
REGISTRY
OFFICE #40

26410-0133 (LT)

PAGE 3 OF 4
PREPARED FOR GPhillips
ON 2021/05/17 AT 09:53:53

* CERTIFIED IN ACCORDANCE WITH THE LAND TITLES ACT * SUBJECT TO RESERVATIONS IN CROWN GRANT *

| REG. NUM. | DATE | INSTRUMENT TYPE | AMOUNT | PARTIES FROM | PARTIES TO | CERT/CHKD |
|---|---|---|---|---|---|---|
| | | | | STREET CAPITAL FINANCIAL CORPORATION | | |
| | | *REMARKS: DR1186318.* | | | | |
| DR1486012 | 2016/06/23 | DISCHARGE INTEREST | | *** COMPLETELY DELETED *** HOME TRUST COMPANY | | |
| | | *REMARKS: DR1354400.* | | | | |
| DR1557416 | 2017/01/12 | CHARGE | | *** COMPLETELY DELETED *** SEROYA, GURSHARN SINGH SINGH, JAGVINDER | 923944 ONTARIO LTD. | |
| DR1592340 | 2017/05/09 | NO SEC INTEREST | | *** COMPLETELY DELETED *** ECOHOME FINANCIAL INC. | | |
| DR1641995 | 2017/09/28 | NOTICE | | *** COMPLETELY DELETED *** SINGH, JAGVINDER SEROYA, GURSHARN SINGH | COMPUTERSHARE TRUST COMPANY OF CANADA | |
| | | *REMARKS: DR1467265* | | | | |
| DR1679257 | 2018/02/02 | CHARGE | | *** COMPLETELY DELETED *** SEROYA, GURSHARN SINGH SINGH, JAGVINDER | 2439656 ONTARIO INC. | |
| DR1679399 | 2018/02/02 | DISCH OF CHARGE | | *** COMPLETELY DELETED *** 923944 ONTARIO LTD. | | |
| | | *REMARKS: DR1557416.* | | | | |
| DR1751046 | 2018/11/09 | DISCH OF CHARGE | | *** COMPLETELY DELETED *** 2439656 ONTARIO INC. | | |
| | | *REMARKS: DR1679257.* | | | | |
| DR1751211 | 2018/11/09 | TRANSFER | $780,000 | SINGH, JAGVINDER SEROYA, GURSHARN SINGH | VIGNESWARAN, DINESH KANAPATHIPILLAI, THURAIRASA THURAIYAN, AJITH | C |
| | | *REMARKS: PLANNING ACT STATEMENTS.* | | | | |
| DR1751212 | 2018/11/09 | CHARGE | $681,564 | VIGNESWARAN, DINESH KANAPATHIPILLAI, THURAIRASA THURAIYAN, AJITH | AST TRUST COMPANY (CANADA) | C |
| DR1757034 | 2018/12/03 | DISCHARGE INTEREST | | *** COMPLETELY DELETED *** ECOHOME FINANCIAL INC. | | |
| | | *REMARKS: DR1592340.* | | | | |

NOTE: ADJOINING PROPERTIES SHOULD BE INVESTIGATED TO ASCERTAIN DESCRIPTIVE INCONSISTENCIES, IF ANY, WITH DESCRIPTION REPRESENTED FOR THIS PROPERTY.
NOTE: ENSURE THAT YOUR PRINTOUT STATES THE TOTAL NUMBER OF PAGES AND THAT YOU HAVE PICKED THEM ALL UP.



LAND
REGISTRY
OFFICE #40

**26410-0133 (LT)**

\* CERTIFIED IN ACCORDANCE WITH THE LAND TITLES ACT \* SUBJECT TO RESERVATIONS IN CROWN GRANT \*

| REG. NUM. | DATE | INSTRUMENT TYPE | AMOUNT | PARTIES FROM | PARTIES TO | CERT/ CHKD |
|-----------|------|-----------------|--------|--------------|------------|------------|
| DR1766900 | 2019/01/16 | DISCH OF CHARGE | | \*\*\* COMPLETELY DELETED \*\*\* COMPUTERSHARE TRUST COMPANY OF CANADA | | |
| *REMARKS: DR1467265.* | | | | | | |

NOTE: ADJOINING PROPERTIES SHOULD BE INVESTIGATED TO ASCERTAIN DESCRIPTIVE INCONSISTENCIES, IF ANY, WITH DESCRIPTION REPRESENTED FOR THIS PROPERTY.
NOTE: ENSURE THAT YOUR PRINTOUT STATES THE TOTAL NUMBER OF PAGES AND THAT YOU HAVE PICKED THEM ALL UP.

| LRO # 40   **Transfer** | **Registered as DR1751211** on 2018 11 09   at 14:57 |
|---|---|
| *The applicant(s) hereby applies to the Land Registrar.* | yyyy mm dd   Page 1 of 3 |

## Properties

| | |
|---|---|
| PIN | 26410 - 0133   LT          *Interest/Estate*   Fee Simple |
| Description | LOT 49, PLAN 40M2174,  S/T RIGHT FOR 5 YEARS FROM 2005 03 02 AS IN DR368465; TOWN OF AJAX |
| Address | 25 RUSHWORTH DRIVE AJAX |

## Consideration

| | |
|---|---|
| Consideration | $780,000.00 |

## Transferor(s)

The transferor(s) hereby transfers the land to the transferee(s).

| | |
|---|---|
| Name | SINGH, JAGVINDER |
| Address for Service | 1931 Castlemore Avenue, Markham, Ontario L6E 2H3 |

I am at least 18 years of age.

The property is not ordinarily occupied by me and my spouse, who is not separated from me, as our family residence.

This document is not authorized  under Power of Attorney by this party.

| | |
|---|---|
| Name | SEROYA, GURSHARN SINGH |
| Address for Service | 1931 Castlemore Avenue, Markham, Ontario L6E 2H3 |

I am at least 18 years of age.

Daljit Kaur is my spouse and has consented to this transaction.

This document is not authorized  under Power of Attorney by this party.

## Transferee(s)

| | | Capacity | Share |
|---|---|---|---|
| Name | VIGNESWARAN, DINESH | Tenants In Common | 99% interest |
| Date of Birth | 1983 12 ■ | | |
| Address for Service | 25 RUSHWORTH DRIVE AJAX | | |
| Name | KANAPATHIPILLAI, THURAIRASA | Joint Tenants | as to 1% interest |
| Date of Birth | 1958 06 ■ | | |
| Address for Service | 25 RUSHWORTH DRIVE AJAX | | |
| Name | THURAIYAN, AJITH | Joint Tenants | as to 1% interest |
| Date of Birth | 1996 03 ■ | | |
| Address for Service | 25 RUSHWORTH DRIVE AJAX | | |

## Statements

STATEMENT OF THE TRANSFEROR (S): The transferor(s) verifies that to the best of the transferor's knowledge and belief, this transfer does not contravene the Planning Act.

STATEMENT OF THE SOLICITOR FOR THE TRANSFEROR (S): I have explained the effect of the Planning Act to the transferor(s) and I have made inquiries of the transferor(s) to determine that this transfer does not contravene that Act and based on the information supplied by the transferor(s), to the best of my knowledge and belief, this transfer does not contravene that Act. I am an Ontario solicitor in good standing.

STATEMENT OF THE SOLICITOR FOR THE TRANSFEREE (S): I have investigated the title to this land and to abutting land where relevant and I am satisfied that the title records reveal no contravention as set out in the Planning Act, and to the best of my knowledge and belief this transfer does not contravene the Planning Act. I act independently of the solicitor for the transferor(s) and I am an Ontario solicitor in good standing.

## Signed By

| | | | | |
|---|---|---|---|---|
| Kubeskaran Navaratnam | 210-10 Milner Business Court Toronto M1B 3C6 | acting for Transferor(s) | Signed | 2018 11 08 |
| Tel | 416-321-1100 | | | |
| Fax | 416-321-1107 | | | |

LRO # 40   **Transfer**                                    **Registered as DR1751211**  on  2018 11 09    at 14:57

*The applicant(s) hereby applies to the Land Registrar.*                    yyyy mm dd    Page 2  of  3

| **Signed By** |
|---|

I am the solicitor for the transferor(s) and I am not one and the same as the solicitor for the transferee(s).

I have the authority to sign and register the document on behalf of the Transferor(s).

| Julian Priyani Devika Anthony | 9C-259 Traders Blvd Mississauga L6Z 2E5 | acting for Transferee(s) | Signed | 2018 11 08 |
|---|---|---|---|---|

Tel     905-755-1000

Fax     905-460-1249

I am the solicitor for the transferee(s) and I am not one and the same as the solicitor for the transferor(s).

I have the authority to sign and register the document on behalf of the Transferee(s).

| **Submitted By** |
|---|

ANTHONY & ASSOCIATES PROFESSIONAL CORPORATION            9C-259 Traders Blvd Mississauga L6Z 2E5                                    2018 11 09

Tel     905-755-1000

Fax     905-460-1249

| **Fees/Taxes/Payment** |
|---|

| *Statutory Registration Fee* | $64.40 |
|---|---|
| *Provincial Land Transfer Tax* | $8,115.00 |
| *Total Paid* | $8,179.40 |

| **File Number** |
|---|

| *Transferor Client File Number :* | 18S-0850 |
|---|---|
| *Transferee Client File Number :* | 18P-2110 |

## LAND TRANSFER TAX STATEMENTS

In the matter of the conveyance of:   26410 - 0133   LOT 49, PLAN 40M2174,  S/T RIGHT FOR 5 YEARS FROM 2005 03 02 AS IN DR368465; TOWN OF AJAX

BY:  SINGH, JAGVINDER
SEROYA, GURSHARN SINGH

TO:  VIGNESWARAN, DINESH          Tenants In Common  99% interest
KANAPATHIPILLAI, THURAIRASA        Joint Tenants        as to 1% interest
THURAIYAN, AJITH                Joint Tenants        as to 1% interest

1.  VIGNESWARAN, DINESH AND KANAPATHIPILLAI, THURAIRASA AND THURAIYAN, AJITH

I am

☐ (a) A person in trust for whom the land conveyed in the above-described conveyance is being conveyed;

☐ (b) A trustee named in the above-described conveyance to whom the land is being conveyed;

☑ (c) A transferee named in the above-described conveyance;

☐ (d) The authorized agent or solicitor acting in this transaction for _____ described in paragraph(s) (_) above.

☐ (e) The President, Vice-President, Manager, Secretary, Director, or Treasurer authorized to act for _____ described in paragraph(s) (_) above.

☐ (f) A transferee described in paragraph (_) and am making these statements on my own behalf and on behalf of _____ who is my spouse described in paragraph (_) and as such, I have personal knowledge of the facts herein deposed to.

2.  I have read and considered the definition of "single family residence" set out in subsection 1(1) of the Act. The land being conveyed herein:
contains at least one and not more than two single family residences.

3.  **The total consideration for this transaction is allocated as follows:**

| | |
|---|---:|
| (a) Monies paid or to be paid in cash | $780,000.00 |
| (b) Mortgages (i) assumed (show principal and interest to be credited against purchase price) | $0.00 |
| (ii) Given Back to Vendor | $0.00 |
| (c) Property transferred in exchange (detail below) | $0.00 |
| (d) Fair market value of the land(s) | $0.00 |
| (e) Liens, legacies, annuities and maintenance charges to which transfer is subject | $0.00 |
| (f) Other valuable consideration subject to land transfer tax (detail below) | $0.00 |
| (g) Value of land, building, fixtures and goodwill subject to land transfer tax (total of (a) to (f)) | $780,000.00 |
| (h) VALUE OF ALL CHATTELS -items of tangible personal property | $0.00 |
| (i) Other considerations for transaction not included in (g) or (h) above | $0.00 |
| (j) Total consideration | $780,000.00 |

6.  Other remarks and explanations, if necessary.

1. Fraction of parties who are qualifying home purchasers: 99/100 and the agreement of purchase and sale was entered into after December 13, 2007,

2. VIGNESWARAN, Dinesh is/are (a) first time home purchaser(s) as defined in the Land Transfer Tax Act, and

3. The purchaser(s) will occupy the qualifying home as his/her/their principal residence on 2018/11/08 (Note: must be within 9 months of the date of registration or disposition), and

4. No purchaser(s) is/are a "spouse" as defined in section 29 of the Family Law Act

5. The information prescribed for the purposes of section 5.0.1 of the Land Transfer Tax Act is required to be provided for this conveyance. The information has been provided as confirmed by A589544.

6. The transferee(s) has read and considered the definitions of "designated land", "foreign corporation", "foreign entity", "foreign national", "specified region" and "taxable trustee" as set out in subsection 1(1) of the Land Transfer Tax Act.   The transferee(s) declare that this conveyance is not subject to additional tax as set out in subsection 2(2.1) of the Act because:

7. (c)  The transferee(s) is not a "foreign entity" or a "taxable trustee".

8. The transferee(s) declare that they will keep at their place of residence in Ontario (or at their principal place of business in Ontario) such documents, records and accounts in such form and containing such information as will enable an accurate determination of the taxes payable under the Land Transfer Tax Act for a period of at least seven years.

9. The transferee(s) agree that they or the designated custodian will provide such documents, records and accounts in such form and containing such information as will enable an accurate determination of the taxes payable under the Land Transfer Tax Act, to the Ministry of Finance upon request.

## PROPERTY Information Record

A. Nature of Instrument:   Transfer

LRO  40   Registration No.   DR1751211      Date:   2018/11/09

B. Property(s):   PIN 26410 - 0133   Address 25 RUSHWORTH   Assessment   -
DRIVE       Roll No
AJAX

C. Address for Service:   25 RUSHWORTH DRIVE
AJAX

D. (i) Last Conveyance(s):   PIN  26410 - 0133   Registration No.   DR1467264

(ii) Legal Description for Property Conveyed: Same as in last conveyance? Yes ☑  No ☐  Not known ☐

E. Tax Statements Prepared By:   Julian Priyani Devika Anthony
9C-259 Traders Blvd
Mississauga L6Z 2E5

| LRO # 40 | **Charge/Mortgage** | **Registered as DR1751212** on 2018 11 09 | at 14:57 |
|---|---|---|---|

*The applicant(s) hereby applies to the Land Registrar.*                                    yyyy mm dd    Page 1 of 8

## Properties

| | |
|---|---|
| PIN | 26410 - 0133   LT          *Interest/Estate*    Fee Simple |
| Description | LOT 49, PLAN 40M2174,  S/T RIGHT FOR 5 YEARS FROM 2005 03 02 AS IN DR368465; TOWN OF AJAX |
| Address | 25 RUSHWORTH DRIVE AJAX |

## Chargor(s)

The chargor(s) hereby charges the land to the chargee(s). The chargor(s) acknowledges the receipt of the charge and the standard charge terms, if any.

| | |
|---|---|
| Name | VIGNESWARAN, DINESH |
| Address for Service | 25 Rushworth Drive, Ajax, Ontario, L1Z 1S2 |

I am at least 18 years of age.

I am not a spouse

This document is not authorized  under Power of Attorney by this party.

| | |
|---|---|
| Name | KANAPATHIPILLAI, THURAIRASA |
| Address for Service | |

I am at least 18 years of age.

Suvathy THIYAGARAJA is my spouse and has consented to this transaction.

This document is not authorized  under Power of Attorney by this party.

| | |
|---|---|
| Name | THURAIYAN, AJITH |
| Address for Service | |

I am at least 18 years of age.

I am not a spouse

This document is not authorized  under Power of Attorney by this party.

## Chargee(s)                                          Capacity              Share

| | |
|---|---|
| Name | AST TRUST COMPANY (CANADA) |
| Address for Service | C/O Street Capital Bank Of Canada, Suite 700, North Tower, 100 University Avenue, Toronto, Ontario, M5J 1V6 |

## Statements

Schedule:  Payment : See Schedule of additional provision

## Provisions

| | |
|---|---|
| Principal | $681,564.00          *Currency*    CDN |
| Calculation Period | Semi-Annually not in advance |
| Balance Due Date | 2023/11/08 |
| Interest Rate | Prime rate less 0.85% |
| Payments | |
| Interest Adjustment Date | 2018 11 08 |
| Payment Date | 8th day of each and every month |
| First Payment Date | 2018 12 08 |
| Last Payment Date | 2023 11 08 |
| Standard Charge Terms | 200726 |
| Insurance Amount | Full insurable value |
| Guarantor | |

## Additional Provisions

See Schedules

## Signed By

| Arivuchelvan Durairaj | 9C-259 Traders Blvd Mississauga L6Z 2E5 | acting for Chargor(s) | Signed | 2018 11 09 |
|---|---|---|---|---|

LRO # 40   **Charge/Mortgage**                                    **Registered as DR1751212** on  2018 11 09      at 14:57

*The applicant(s) hereby applies to the Land Registrar.*                              yyyy mm dd    Page 2  of  8

## Signed By

Tel        905-755-1000
Fax       905-460-1249
I have the authority to sign and register the document on behalf of the Chargor(s).

## Submitted By

ANTHONY & ASSOCIATES PROFESSIONAL        9C-259 Traders Blvd                          2018 11 09
CORPORATION                                              Mississauga
                                                                    L6Z 2E5
Tel        905-755-1000
Fax       905-460-1249

## Fees/Taxes/Payment

*Statutory Registration Fee*                 $64.40
*Total Paid*                                        $64.40

## File Number

*Chargor Client File Number :*            18P-2110
*Chargee Client File Number :*           529326

## ADJUSTABLE RATE MORTGAGE SCHEDULE

In consideration of the granting of the loan secured by this mortgage and of its conditions, the borrower agrees with the lender as follows:

The provisions of this Schedule shall be incorporated into, and form part of, the attached mortgage and, where applicable, shall replace the corresponding provisions of this mortgage.   All terms and conditions of this mortgage document not varied by this Schedule remain in full force and effect notwithstanding the addition of this Schedule. In the event of any conflict between the provisions of this Schedule and the provisions of this mortgage, the provisions of this Schedule shall prevail.

All terms utilized in this Schedule but not otherwise defined in this Schedule shall have the respective meanings ascribed to such terms in the Standard Charge Terms or Standard Mortgage Terms, as applicable.

The privileges of this mortgage are available to the borrower only when not in default.

The borrower will make regular payments at the interest rate, calculated and compounded in accordance with this mortgage and as further set out in this Schedule.

## 1.  INTEREST

The interest rate payable under this mortgage is an adjustable rate, adjusted as set out below, and equal to the lender's   Prime Rate (the "Prime Rate") as it may be set from time to time, plus or minus, if any, the specific percentage points  per annum set out in this mortgage or any amendment hereto.  The resulting rate is defined as the "total interest rate".  Interest at such adjustable rate is calculated semi-annually not in advance.

The total interest rate will be set at the start of the mortgage.  Thereafter the total interest rate will be automatically adjusted, on each adjustment date, with changes in the Prime Rate and without notice to the borrower.  Lack of such notice will not reduce or affect the obligation of the borrower to pay interest in accordance with the terms of this mortgage.

The principal and interest payment will be re-calculated on the total interest rate and remaining amortization on each adjustment date.  The total interest rate and payment amount will be adjusted and will vary in accordance with this paragraph regardless of whether the borrower receives notice of such adjustment.

The adjustment date is a date scheduled after every change in the Prime Rate when the lender will adjust all the adjustable rate mortgages under administration.  The total interest rate will be adjusted on each adjustment date during the term of this mortgage and will remain in effect until the next adjustment date.  At the close of business on the adjustment date, the rate will be reset to the Prime Rate then in effect, plus or minus, if any, the specific percentage points per annum set out in this mortgage or any amendment thereto.

The Prime Rate is, on any day, the annual rate of interest, compounded semi-annually not in advance, that the lender establishes from time to time, at its principal office in Toronto, as its prime rate for residential mortgage loans and as its reference rate of interest used to determine the interest rates it will charge on such day for loans in Canadian dollars made to its customers in Canada and which it refers to as its "Prime Rate".   The lender's Prime Rate in effect at any time is available upon inquiry to the lender.  Any certificate in writing the lender issues setting out its Prime Rate and interest rate applicable to this mortgage at any time shall be deemed to be conclusive evidence as to the rate at such time.

In the event of default, the lender may at any time during default and at the lender's sole discretion, exercise the borrower's conversion option as set out in section 3 below and/ or fix, temporarily or permanently, the then current adjustable rate, without the consent of the borrower.  The borrower will not be entitled to a rebate of any interest or cost of borrowing resulting from the lender's actions regardless of whether the borrower later cures the default.

## 2.  PRIVILEGES

The following privileges may be used in the same year.

The exercising of either privilege will not affect any of the borrower`s obligations under this mortgage including the continuing regular loan payments as to amount or due date.

Privileges are not cumulative and may not be carried over from one year to the next.

(a) PARTIAL PREPAYMENT

The borrower, when not in default, may prepay partial amounts of principal, without payment of compensation to the lender, on any payment date.  Such partial payments must each be a minimum amount of $ 100.00, and total no more than 20% of the original principal amount of this mortgage during each year.  This privilege is only available if this mortgage is continuing in force and is not applicable in part to any prepayment in full of this mortgage.  Any unused partial prepayment privilege will not reduce the compensation payable on any prepayment in full of this mortgage.  This privilege may not be used in the 31 days prior to a prepayment in full of this mortgage.

(b) PAYMENT INCREASE

The borrower, when not in default, shall have the privilege of increasing the then regular loan payment on account of principal and interest, in an amount not to exceed 20% thereof, or reducing the aforesaid increased payment by an amount up to but not exceeding 20%, once during any year.   It is understood that the principal and interest portion of the regular loan payment may never be less than the original principal and interest amount.

## 3.  CONVERSION

The borrower, when not in default, and any time after having made regular payments for one month or more, may convert this adjustable rate mortgage to any closed, fixed rate mortgage that is available for a similar mortgage offered by the lender at the time the request to convert is received.  This conversion option is subject to the following restrictions:

If this adjustable rate mortgage is for a term of ONE (1) YEAR:
The term of the fixed rate mortgage chosen must be equal to three years or longer regardless of the term remaining on this adjustable rate mortgage at the time this conversion option is exercised.

If this adjustable rate mortgage is for a term of THREE (3) YEARS or FIVE (5) YEARS:
The term of the fixed rate mortgage chosen must be equal to or greater than the remaining term of this adjustable rate mortgage at the time this conversion option is exercised.

The fixed rate will be the rate the lender then quotes for the term so chosen by the borrower under this option.

The lender may require all borrowers and guarantors to sign a mortgage conversion or amending agreement, which will contain all the terms and conditions of the mortgage option selected.  Or, at the lender's sole option, a written request to convert, signed by all borrowers and guarantors will be accepted, and be binding on all signing parties, in lieu thereof.

The remaining amortization period at the date of conversion will remain unchanged from this adjustable rate mortgage and will be used to calculate the loan payment amount on the fixed rate mortgage.  The new interest rate will begin on the first or second scheduled payment date following conversion, whichever the lender decides, in its sole discretion.

The lender will not charge an administration fee for converting this mortgage.  However, the borrower must pay to the lender any applicable administration and processing fees and any interest that results from a change in the frequency of the regular loan payments. The borrower must also pay all legal expenses related to the conversion documents and their registration, if applicable.  If the required fees and expenses are not paid, the lender may declare the borrower in default on the mortgage, or add such fees and expenses to the mortgage money or both.

Once this conversion option has been exercised and this mortgage has been converted, all the features and benefits of this mortgage will be rescinded and the features and benefits of the new mortgage will take effect whether or not a conversion or amending agreement is signed by, or delivered to, the borrower.

The exercising of this conversion option will not affect any of the borrower's obligations under this mortgage.


**4.  ASSUMPTION**

The borrower, when not in default, may sell the property charged hereunder without paying off the mortgage money secured by this mortgage if the purchaser of the property first obtains our written approval for the assumption of the mortgage. The borrower and the purchaser must provide sufficient information as required by the lender to enable it to make a decision to grant approval.   The purchaser will be required to sign an assumption agreement and documents and pay all fees that may be associated with the granting of the approval to assume the mortgage.

If this mortgage is assumed, the purchaser assuming this mortgage will be limited to the privileges outlined herein as if the purchaser had exercised such privileges prior to the completion of the sale.


**5.  PORTABILITY**

The borrower may, when not in default, and upon a bona fide arm's length sale of the property charged hereunder and the purchase of another property, apply for approval to transfer this mortgage as a charge of the same priority and of the same amount to the new property.  The closing date of the two sales must be the same.   In most cases, an arm's length sale is one where the buyer and seller are unrelated and have no personal or business relationship with each other.

The existing borrower and the new property must both qualify under the lender's underwriting policies, criteria, procedures and documentation requirements and those of any insurer, if applicable, in effect at the time of application.  The borrower will be required to pay the port application fee, appraisal fee and insurance premiums, if any, and all other fees and prepayment compensation that may be associated with the granting of the approval to port.


**6.  MATURITY**

The balance of the mortgage money will become due and payable, in full, on the balance due date (maturity) of this mortgage.

In the event the lender agrees to renew or extend the term of this mortgage, such renewal or extension may, at the lender's sole discretion, be subject to a credit review and any renewal or extension fee in effect at such time.  If the lender so chooses, the borrower will be required to provide any and all documentation required by the lender for the lender's credit review. Failure of the borrower to provide such documentation or pay such fees may cause the lender to revoke any offer of renewal or extension so made.

In the absence of receipt of either full payout funds or a signed renewal offer from the borrower, the lender, at its sole discretion and in accordance with its policies at the time of maturity, may renew this mortgage for a term with the length and at the rate of interest as it sets out for an auto renewal in its offer of renewal.

Upon completion of a renewal, all the features and benefits of this mortgage will be rescinded and the features and benefits of the new mortgage will take effect whether or not a renewal or amending agreement is signed by, or delivered to, the borrower.


7.  **PREAUTHORIZED CHEQUING**

The borrower agrees to execute any documents necessary to permit the lender to deduct payments from the borrower's bank account and to ensure that such account always has clear and sufficient funds to satisfy the payment obligations of the borrower under this mortgage.  It is hereby agreed between the lender and the borrower that the covenant herein forms a material consideration in the granting of the mortgage and failure of the borrower to execute any such documentation enabling the lender to receive payments through a preauthorized payment method acceptable to the lender, and on an account with a financial institution in Canada will, at the option of the lender, result in the full amount outstanding under this mortgage becoming due and payable.

The borrower shall pay a fee for every dishonoured preauthorized payment, in accordance with the fee schedule established by the lender from time to time. Unless separate payment for the fee is received with the replacement payment, the fee will form part of the mortgage money and will thereafter be charged interest at the same rate as the mortgage until paid.


8.  **PREPAYMENT IN FULL**

The borrower may prepay this mortgage in full at any time upon a compensation payment to the lender of three (3) months interest calculated by the lender on the remaining balance and at the interest rate set out in the mortgage form or last renewal, conversion or amendment thereto.

The prepayment compensation amount may be estimated up to 30 days in advance of the discharge date.  At a later date, to be determined by the lender at its sole discretion, the lender will fix and guarantee the compensation amount. Thereafter, the lender will not be required to re-calculate the compensation amount should the Prime Rate increase or decrease.

The borrower will not be entitled to require a discharge of this mortgage without payment of the compensation amount.

The borrower will not be entitled to a rebate of any of the costs of borrowing upon such prepayment. The costs of borrowing include the fees and costs related to the mortgage application and any other fees charged as set out in the lender's fee schedule.
The borrower agrees that the amounts calculated by the lender pursuant to the above calculations will, in the absence of obvious error, be conclusive.

The prepayment compensation amount is a charge in addition to accrued interest and any applicable compound interest and fees.

9.  **FEES**

The borrower shall pay a fee for every dishonoured payment whether for a regular loan payment, a replacement thereof, or any other remittance of payment or fee under this mortgage.

The borrower acknowledges that the lender may charge reasonable fees for all administrative services including, but not limited to, those outlined in the Fee Table and the borrower agrees to pay all such charges.  Fees not paid as required may, at the Lender's sole discretion, lead to the withholding the service or approval for which the fee remains owing or, may be added to the mortgage money secured hereunder and accrue interest at the rate of the mortgage until paid.  The lender will not be liable for the effect of any such withholding of services or approval.

The following Fee Table outlines the fee amounts that are in effect at the date of this mortgage.  The Fee Table represents the most common fees that may be charged from time to time. The lender will advise the borrower of any applicable fees when a particular service is requested by the borrower.

All fee amounts are subject to change at any time and without notice.  The fees in effect at any time are available upon inquiry to the lender.

**FEE TABLE**

There are fees chargeable by the lender which the borrower is liable to pay, including but not limited to, those outlined below and those set out in the loan documents.   All references to "Fee Schedule" in the loan documents refer to this Fee Table and its provisions. The listing of any particular fee does not imply that the lender is liable to provide the service listed.

The lender's fees shall be the amounts established, disclosed and generally applied by the lender from time to time. The current fees in effect at any time may be ascertained upon inquiry to the lender.

All such fees are intended to compensate the lender for the lender's administrative costs and shall not be deemed a penalty.   Any and all fees, if not paid, shall be added to the mortgage money secured hereunder and shall bear interest at the rate provided in this mortgage until paid.   The lender shall have the same rights with respect to the collection of the fees as it does with respect to the collection of the mortgage money secured hereunder.

Return Payment Fee- for payments of all types and for all reasons for return................................................$ 125.00
Hold or Delay Payment- for regularly scheduled loan payments, etc................................................$   50.00
Payment Changes- to payment frequency, payment due date, amortization, etc...............................$   25.00
Amortization Change.........................................................................................................................$   50.00
Amortization Schedule.......................................................................................................................$ 25.00
Renewal Fee- varies based on prior repayment history...........................................................Up to $ 550.00
Early Renewal Fee.............................................................................................................................$ 75.00
Administration Fee- Ontario discharge preparation, execution and/or delivery.................................$ 250.00
Administration Fee- B.C. discharge preparation, execution and/or delivery.......................................$   75.00
Administration Fee- Alberta and Quebec discharge preparation, execution and/or delivery............................$    0.00
Administration Fee- Newfoundland discharge preparation, execution and/or delivery.......................$   53.50
Administration Fee- all other provinces discharge preparation, execution and/or delivery..............................$  125.00
Transfer Administration Fee- Newfoundland......................................................................................$  50.00
Transfer Administration Fee- Nova Scotia........................................................................................$   25.00
Transfer Administration Fee- P.E.I....................................................................................$ 25.00 to $ 250.00
Transfer Administration Fee Quebec.................................................................................................$    0.00
Transfer Administration Fee- all other provinces..............................................................................$ 250.00
Assignment Administration Fee.........................................................................................................$ 250.00
Refinance, Port or Assumption/Release of Covenant- Ontario ................................... $ 250.00 to $ 500.00
Refinance, Port or Assumption/Release of Covenant- Alberta and Quebec..................$   0.00 to $ 500.00
Refinance, Port or Assumption/Release of Covenant- all other provinces........................................$ 150.00
Reprint Discharge Document.............................................................................................................$  50.00
Reprint Annual Statement..................................................................................................................$  25.00
Reprint Annual Statement older than current year.............................................................................$  75.00
Payment of Tax Arrears..........................................................................................Starting at $ 200.00
Dealing with Condominium Fee Arrears.........................................................................$ 100.00 to $ 500.00
Payment of Utility Arrears.................................................................................................................$  75.00
Tax or Account Breakdown Statement........................................................................Per Hour $  25.00
Authorized Copy of Material from File- discretionary.......................................................................$  25.00
Bankruptcy/ Consumer Proposal Processing Fee.............................................................................$ 125.00

This is **Exhibit C**
in support of the Affidavit of David Farahmand,
solemnly affirmed before me in the City of Brampton, in the Province of Ontario,
this _3_ day of June, ~~2020~~ 2021 ᵀᴮ

_____
Commissioner for Oaths

A COMMISSIONER ETC.
Tyannah
Bogle
WHILE A
LICENSED PARALEGAL
LSO #P13631
PROVINCE OF ONTARIO



Date Requested (YYMMDD)/Date de la demande (AAMMJJ)
21/05/17

Counter Request/Demande au comptoir

UVIP #/TIVO N° 210517 3175 00183
VIN/N.I.V. WDDWK6EB2JF598162
Page 01

---

**PLEASE READ ALL 5 SECTIONS OF THIS DOCUMENT/VEUILLEZ LIRE LES CINQ SECTIONS DU PRÉSENT DOCUMENT**

Please Read Carefully
The Used Vehicle Information Package is not a
warranty of vehicle ownership, nor is it a
warranty.

Veuillez lire attentivement
Cette trousse d'information sur les véhicules d'occasion
ne constitue pas une garantie de propriété du véhicule,
ni un engagement formel.

**USED VEHICLE INFORMATION PACKAGE**
**TROUSSE D'INFORMATION SUR LES VÉHICULES D'OCCASION**

---

**SECTION 1   VEHICLE DETAILS/DÉTAILS CONCERNANT LE VÉHICULE**

VIN/N.I.V................... ████████8162
Plate Number/Numéro de plaque CRZC327
Year, Make/Année, Marque..... 18 Mercedes Benz
Model/Modèle................. C4A
Colour/Couleur.............. Black/Noir
Body Type/Type de carrosserie Convertible/Décapotable
Cylinders/Cylindres......... 06
Power/Carburant............. Gasoline/Essence
BRAND/Marque................ None/Aucun
.......................... None is a vehicle that has not had a brand applied to it in Ontario. This does not mean the
.......................... vehicle was never given a brand in another jurisdiction, or that it has not been rebuilt.
.......................... 'Aucun' se rapporte à un véhicule auquel on n'a pas attribué une marque de commerce en
.......................... Ontario. Cela ne signifie pas que le véhicule n'aurait pas eu une marque de commerce hors
.......................... de l'Ontario, ni qu'il n'aurait pas été reconstruit.

Retail Sales Tax to be paid will be based
on the greater of the actual sale price or
the average wholesale value, calculated at
the time of registration.  At the date
above, average values for this vehicle,
are not available.

La taxe de vente au détail à payer sera calculée d'après
le prix réel de vente ou le prix moyen de gros établi
lors de l'immatriculation, selon le plus élevé des deux
montants.  À la date indiquée ci-haut, les prix moyens
pour ce véhicule ne sont pas disponibles.

Continued On Next Page/Suite à la page suivante...

SR-LV-140  19-09    © Queen's Printer for Ontario, 2019 / © Imprimeur de la Reine pour l'Ontario, 2019

**Ontario** 

Date Requested (YYMMDD)/Date de la demande (AAMMJJ)
21/05/17

UVIP #/TIVO N° 210517 3175 00183
VIN/N.I.V. WDDWK6EB2JF598162
Page 02

PLEASE READ ALL 5 SECTIONS OF THIS DOCUMENT/VEUILLEZ LIRE LES CINQ SECTIONS DU PRÉSENT DOCUMENT

For more information, please visit the Ministry of Transportation's website at:
<http://www.mto.gov.on.ca/english/dandv/vehicle/used.shtml>
Pour en savoir plus, consultez le site Web du Ministère des Transports au:
<http://www.mto.gov.on.ca/french/dandv/vehicle/used.shtml>

SECTION 2   CURRENT REGISTRANT
DÉTENTEUR/TRICE ACTUEL/LE DE L'IMMATRICULATION DU VÉHICULE

► Current Registrant/Détenteur/trice actuel/le de l'immatriculation du véhicule ◄
VIGNESWARAN,DINESH
AJAX   ONTARIO
Vehicle Registered On (YYMMDD)/Véhicule immatriculé le (AAMMJJ)   21/04/13
Odometer on (YYMMDD)/Compteur kilométrique le  (AAMMJJ): 00047594 KM 21/04/13

SECTION 3   ONTARIO VEHICLE HISTORY/HISTORIQUE DU VÉHICULE ONTARIEN
6 PREVIOUS REGISTRANT(S)/ 6 PERSONNE(S) INSCRITES ANTÉRIEUREMENT

Name/Nom  MERCEDES-BENZ CANADA INC
Address/Adresse  TORONTO   ONTARIO
Vehicle Registered On (YYMMDD)/Véhicule immatriculé le (AAMMJJ)   20/12/30
Odometer on (YYMMDD)/Compteur kilométrique le  (AAMMJJ): 00047592 KM 20/12/30

Name/Nom  MERCEDES-BENZ FINANCIAL SERVICES CANADA CORP.
Address/Adresse  MISSISSAUGA   ONTARIO
Vehicle Registered On (YYMMDD)/Véhicule immatriculé le (AAMMJJ)   17/12/29
Odometer on (YYMMDD)/Compteur kilométrique le  (AAMMJJ): 00004000 KM 17/12/29

Name/Nom  MERCEDES-BENZ CANADA INC
Address/Adresse  TORONTO   ONTARIO
Vehicle Registered On (YYMMDD)/Véhicule immatriculé le (AAMMJJ)   17/12/28
► Odometer on (YYMMDD)/Compteur kilométrique le  (AAMMJJ): 00005579 KM 17/12/28 ◄

Name/Nom  MERCEDES-BENZ FINANCIAL SERVICES CANADA CORP.
Address/Adresse  MISSISSAUGA   ONTARIO
Vehicle Registered On (YYMMDD)/Véhicule immatriculé le (AAMMJJ)   17/12/28
Odometer on (YYMMDD)/Compteur kilométrique le  (AAMMJJ): 00005575 KM 17/12/28

Name/Nom  MERCEDES-BENZ CANADA INC
Address/Adresse  TORONTO   ONTARIO
Vehicle Registered On (YYMMDD)/Véhicule immatriculé le (AAMMJJ)   17/12/28
Odometer on (YYMMDD)/Compteur kilométrique le  (AAMMJJ): 00005575 KM 17/12/28

Continued On Next Page/Suite à la page suivante...

# Ontario 

Date Requested (YYMMDD)/Date de la demande (AAMMJJ)
   21/05/17

UVIP #/TIVO N° 210517 3175 00183
VIN/N.I.V. WDDWK6EB2JF598162
Page  03

PLEASE READ ALL 5 SECTIONS OF THIS DOCUMENT/VEUILLEZ LIRE LES CINQ SECTIONS DU PRESENT DOCUMENT

Name/Nom  MERCEDES-BENZ FINANCIAL SERVICES CANADA CORP.
Address/Adresse  MISSISSAUGA  ONTARIO
Vehicle Registered On (YYMMDD)/Véhicule immatriculé le (AAMMJJ)  17/08/03

## SECTION 4   LIEN INFORMATION/RENSEIGNEMENTS SUR LES PRIVILÈGES

► 1 LIEN(S) REGISTERED AGAINST THIS VEHICLE ◄
CE VÉHICULE FAIT L'OBJET DE  1 PRIVILÈGE(S)
Lien information current as of / Renseignements exacts en date du
21/05/16

LIEN #01   Lien File Number/Numéro de dossier  772179615
           Registration #/N⊘ d'enregistrement  20210504125415329816

DEBTOR/Débiteur
DINESH                    VIGNESWARAN
Address/Adresse
AJAX ON

SECURED PARTY/Créancier garanti
MERCEDES-BENZ FINANCIAL
Address/Adresse
2680 MATHESON BLVD. E. STE 500 MISSISSAUGA ON   L4W0A5

SECURED PARTY/Créancier garanti
MERCEDES-BENZ FINANCIAL SERVICES CANADA CORPORATION
Address/Adresse
2680 MATHESON BLVD. E. STE 500 MISSISSAUGA ON   L4W0A5

► Continued On Next Page/Suite à la page suivante... ◄



**Ontario**

Date Requested (YYMMDD)/Date de la demande (AAMMJJ)
21/05/17

UVIP #/TIVO N° 210517 3175 00183
VIN/N.I.V. WDDWK6EB2JF598162
Page  04

PLEASE READ ALL 5 SECTIONS OF THIS DOCUMENT/VEUILLEZ LIRE LES CINQ SECTIONS DU PRESENT DOCUMENT

## SECTION 5   BILL OF SALE/CONTRAT DE VENTE

SALE PRICE/PRIX DE VENTE :                                        _____

PRINT NAME OF SELLER/ÉCRIVEZ LE NOM DU VENDEUR EN LETTRES MOULÉES :  _____

► SIGNATURE OF SELLER/SIGNATURE DU VENDEUR :                      _____ ◄

PRINT NAME OF BUYER/ÉCRIVEZ LE NOM DE L'ACHETEUR EN LETTRES MOULÉES : _____

SIGNATURE OF BUYER/SIGNATURE DE L'ACHETEUR :                      _____

SALE DATE/DATE DE VENTE :                                        _____

**\*\*NOTE:**
As a seller, you are required by law to remove your licence
plates. The vehicle will remain registered in the seller's
name until the vehicle is transferred. Seller may be
pursued legally as the vehicle owner in the event of an
infraction involving the vehicle. Seller should retain proof
of the vehicle transfer and follow up with the buyer to
ensure the transfer is completed. For record purposes only,
seller may visit a ServiceOntario centre to notify the
the ministry that the vehicle has been "Sold".

As a buyer, you are required by law to transfer the vehicle
within six days. Buyer is required to obtain the vehicle
permit from the seller to transfer the vehicle.

**\*\*NOTE:**
Le vendeur est tenu par la loi d'enlever les plaques
d'immatriculation du véhicule qu'il a vendu. Le véhicule
reste enregistré au nom du vendeur tant que le transfert de
son droit de propriété n'a pas été enregistré
officiellement. Si le transfert du droit de propriété du
véhicule n'a pas été fait officiellement, le vendeur est
toujours juridiquement le propriété du véhicule et des
poursuites pourraient être engagées contre lui si le
véhicule était impliqué dan une infraction. Le vendeur
devrait faire un suivi auprès de l'acheteur pour vérifier
si le transfert a bel et bien été fait. Il devrait aussi
obtenir une preuve du transfert et la garder. Uniquement à
des fins administratives, le vendeur pourrait se rendre à
un centre ServiceOntario pour informer le ministère que le
véhicule a été « vendu ».

L'acheteur est tenu par la loi de transférer le droit du
propriété du véhicule dans un délai de six jours. Pour
transférer le droit de propriété du véhicule, l'acheteur
doit obtenir, du vendeur, le certificat d'immatriculation
du véhicule.

Total of 04 Pages Printed
Total de 04 pages imprimées

SR-LV-140  19-09    © Queen's Printer for Ontario, 2019 / © Imprimeur de la Reine pour l'Ontario, 2019

This is **Exhibit D**
in support of the Affidavit of David Farahmand,
solemnly affirmed before me in the City of Brampton, in the Province of Ontario,
this __3__ day of June, ~~2020~~ 2021 ᵀᴮ

_____
Commissioner for Oaths

A COMMISSIONER ETC.
Tyannah Bogle
WHILE A LICENSED PARALEGAL
LSO #P13631
PROVINCE OF ONTARIO

**ServiceOntario**

Main Menu   New Enquiry

## Enquiry Result

File Currency: **16MAY 2021**

|◀| |◀| All Pages ⌄ |▶| |▶|                     Show All Pages

**Note: All pages have been returned.**

| Type of Search | Individual Non-Specific | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Search Conducted On | DINESH;VIGNESWARAN | | | | | | | |
| File Currency | 16MAY 2021 | | | | | | | |
| | File Number | Family | of Families | Page | of Pages | Expiry Date | | Status |
| | 750069531 | 1 | 2 | 1 | 4 | 11APR 2025 | | |

**FORM 1C FINANCING STATEMENT / CLAIM FOR LIEN**

| File Number | Caution Filing | Page of | Total Pages | Motor Vehicle Schedule | | Registration Number | Registered Under | Registration Period |
|---|---|---|---|---|---|---|---|---|
| 750069531 | | 001 | 2 | | | 20190411 1731 1219 6895 | P   PPSA | 06 |

| Individual Debtor | Date of Birth | First Given Name | | Initial | Surname | |
|---|---|---|---|---|---|---|
| | ■AUG1964 | YOGANATHAN | | | SELLATHURAI | |
| Business Debtor | Business Debtor Name | | | | Ontario Corporation Number | |
| | Address | | City | Province | Postal Code | |
| | 52 CHALMERS CRESCENT | | AJAX | ON | L1S 5Z7 | |

| Individual Debtor | Date of Birth | First Given Name | | Initial | Surname | |
|---|---|---|---|---|---|---|
| | ■DEC1983 | DINESH | | | VIGNESWARAN | |
| Business Debtor | Business Debtor Name | | | | Ontario Corporation Number | |
| | Address | | City | Province | Postal Code | |
| | 52 CHALMERS CRESCENT | | AJAX | ON | L1S 5Z7 | |

| Secured Party | Secured Party / Lien Claimant | | | | |
|---|---|---|---|---|---|
| | TD AUTO FINANCE (CANADA) INC. | | | | |
| | Address | | City | Province | Postal Code |
| | PO BOX 4086, STATION A | | TORONTO | ON | M5W 5K3 |

| Collateral Classification | Consumer Goods | Inventory | Equipment | Accounts | Other | Motor Vehicle Included | Amount | Date of Maturity or | No Fixed Maturity Date |
|---|---|---|---|---|---|---|---|---|---|
| | X | | X | | X | X | 68166 | | |

| Motor Vehicle Description | Year | Make | | Model | V.I.N. |
|---|---|---|---|---|---|
| | 2016 | LAND ROVER | | RANGE ROVER SPORT | SALWS2PF2GA100530 |

| General Collateral Description | General Collateral Description |
|---|---|
| | |
| | |
| | |

| Registering Agent | Registering Agent | | | |
|---|---|---|---|---|
| | D+H LIMITED PARTNERSHIP (TDAF) | | | |
| | **Address** | **City** | **Province** | **Postal Code** |
| | 2 ROBERT SPECK PARKWAY, 15TH FL | MISSISSAUGA | ON | L4Z 1H8 |

CONTINUED

| Type of Search | Individual Non-Specific | | | | | | |
|---|---|---|---|---|---|---|---|
| Search Conducted On | DINESH;VIGNESWARAN | | | | | | |
| File Currency | 16MAY 2021 | | | | | | |
| | **File Number** | **Family** | **of Families** | **Page** | **of Pages** | **Expiry Date** | **Status** |
| | 750069531 | 1 | 2 | 2 | 4 | 11APR 2025 | |

**FORM 1C FINANCING STATEMENT / CLAIM FOR LIEN**

| File Number | Caution Filing | Page of | Total Pages | Motor Vehicle Schedule | Registration Number | Registered Under | Registration Period |
|---|---|---|---|---|---|---|---|
| 750069531 | | 002 | 2 | | 20190411 1731 1219 6895 | | |

| Individual Debtor | Date of Birth | First Given Name | | Initial | Surname | |
|---|---|---|---|---|---|---|
| | ■AUG1964 | SELLATHURAI | | | YOGANATHAN | |
| Business Debtor | Business Debtor Name | | | | Ontario Corporation Number | |
| | **Address** | | **City** | | **Province** | **Postal Code** |
| | 52 CHALMERS CRESCENT | | AJAX | | ON | L1S 5Z7 |

| Individual Debtor | Date of Birth | First Given Name | | Initial | Surname | |
|---|---|---|---|---|---|---|
| | ■AUG1964 | YOGANATHAN | | | SELLATHURAL | |
| Business Debtor | Business Debtor Name | | | | Ontario Corporation Number | |
| | **Address** | | **City** | | **Province** | **Postal Code** |
| | 52 CHALMERS CRESCENT | | AJAX | | ON | L1S 5Z7 |

| Secured Party | Secured Party / Lien Claimant | | | |
|---|---|---|---|---|
| | **Address** | **City** | **Province** | **Postal Code** |
| | | | | |

| Collateral Classification | Consumer Goods | Inventory | Equipment | Accounts | Other | Motor Vehicle Included | Amount | Date of Maturity or | No Fixed Maturity Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Motor Vehicle Description | Year | Make | | Model | V.I.N. |
|---|---|---|---|---|---|
| | | | | | |

| General Collateral Description | General Collateral Description |
|---|---|
| | |
| | |
| | |

| Registering Agent | Registering Agent | | | |
|---|---|---|---|---|
| | **Address** | **City** | **Province** | **Postal Code** |
| | | | | |

END OF FAMILY

| Type of Search | Individual Non-Specific |
|---|---|

| Search Conducted On | DINESH;VIGNESWARAN | | | | | | |
|---|---|---|---|---|---|---|---|
| File Currency | 16MAY 2021 | | | | | | |
| | File Number | Family | of Families | Page | of Pages | Expiry Date | Status |
| | 772179615 | 2 | 3 | 4 | 4 | 04MAY 2025 | |

**FORM 1C FINANCING STATEMENT / CLAIM FOR LIEN**

| File Number | Caution Filing | Page of | Total Pages | Motor Vehicle Schedule | Registration Number | Registered Under | Registration Period |
|---|---|---|---|---|---|---|---|
| 772179615 | | 001 | 2 | | 20210504 1254 1532 9816 | P   PPSA | 04 |

| Individual Debtor | Date of Birth | First Given Name | | Initial | Surname | |
|---|---|---|---|---|---|---|
| | ■DEC1983 | DINESH | | | VIGNESWARAN | |
| Business Debtor | Business Debtor Name | | | | Ontario Corporation Number | |
| | | | | | | |
| | Address | | City | Province | Postal Code | |
| | 25 RUSHWORTH DR | | AJAX | ON | L1Z1S2 | |

| Individual Debtor | Date of Birth | First Given Name | | Initial | Surname | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Business Debtor | Business Debtor Name | | | | Ontario Corporation Number | |
| | | | | | | |
| | Address | | City | Province | Postal Code | |
| | | | | | | |

| Secured Party | Secured Party / Lien Claimant | | | | |
|---|---|---|---|---|---|
| | MERCEDES-BENZ FINANCIAL | | | | |
| | Address | | City | Province | Postal Code |
| | 2680 MATHESON BLVD. E. STE 500 | | MISSISSAUGA | ON | L4W0A5 |

| Collateral Classification | Consumer Goods | Inventory | Equipment | Accounts | Other | Motor Vehicle Included | Amount | Date of Maturity or | No Fixed Maturity Date |
|---|---|---|---|---|---|---|---|---|---|
| | X | | X | | X | X | 62843.07 | 13APR2025 | |

| Motor Vehicle Description | Year | Make | | Model | V.I.N. |
|---|---|---|---|---|---|
| | 2018 | MERCEDES-BENZ | | C43A 4M | WDDWK6EB2JF598162 |

| General Collateral Description | General Collateral Description |
|---|---|
| | |
| | |
| | |

| Registering Agent | Registering Agent | | | | |
|---|---|---|---|---|---|
| | D + H LIMITED PARTNERSHIP | | | | |
| | Address | | City | Province | Postal Code |
| | 2 ROBERT SPECK PARKWAY, 15TH FLOOR | | MISSISSAUGA | ON | L4Z 1H8 |

CONTINUED

| Type of Search | Individual Non-Specific | | | | | | |
|---|---|---|---|---|---|---|---|
| Search Conducted On | DINESH;VIGNESWARAN | | | | | | |
| File Currency | 16MAY 2021 | | | | | | |
| | File Number | Family | of Families | Page | of Pages | Expiry Date | Status |
| | 772179615 | 2 | 2 | 4 | 4 | 04MAY 2025 | |

**FORM 1C FINANCING STATEMENT / CLAIM FOR LIEN**

| File Number | Caution Filing | Page of | Total Pages | Motor Vehicle Schedule | Registration Number | Registered Under | Registration Period |
|---|---|---|---|---|---|---|---|
| 772179615 | | 002 | 2 | | 20210504 1254 1532 9816 | | |

| Individual Debtor | Date of Birth | First Given Name | | Initial | Surname | | |
|---|---|---|---|---|---|---|---|
| Business Debtor | Business Debtor Name | | | | Ontario Corporation Number | | |
| | Address | | | City | Province | Postal Code | |
| | | | | | | | |

| Individual Debtor | Date of Birth | First Given Name | | Initial | Surname | | |
|---|---|---|---|---|---|---|---|
| Business Debtor | Business Debtor Name | | | | Ontario Corporation Number | | |
| | Address | | | City | Province | Postal Code | |
| | | | | | | | |

| Secured Party | Secured Party / Lien Claimant | | | | | |
|---|---|---|---|---|---|---|
| | MERCEDES-BENZ FINANCIAL SERVICES CANADA CORPORATION | | | | | |
| | Address | | City | Province | Postal Code | |
| | 2680 MATHESON BLVD. E. STE 500 | | MISSISSAUGA | ON | L4W0A5 | |

| Collateral Classification | Consumer Goods | Inventory | Equipment | Accounts | Other | Motor Vehicle Included | Amount | Date of Maturity or | No Fixed Maturity Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Motor Vehicle Description | Year | Make | | Model | V.I.N. | |
|---|---|---|---|---|---|---|
| | | | | | | |

| General Collateral Description | General Collateral Description | |
|---|---|---|
| | | |
| | | |
| | | |

| Registering Agent | Registering Agent | | | | |
|---|---|---|---|---|---|
| | Address | | City | Province | Postal Code |
| | | | | | |

LAST PAGE

**Note: All pages have been returned.**

BACK TO TOP⊙

  All Pages ⌄    

This service is tested daily with McAfee SECURE™ to ensure the security of the transaction and information.

At ServiceOntario, we respect your right to privacy and value the trust you place in us. Read more about ServiceOntario's Privacy Statement.

ServiceOntario Contact Centre

| Web Page ID: **WEnqResult** | System Date: **17MAY2021** | Last Modified: **November 03, 2019** |
|---|---|---|
| Privacy | Access bility | Contact us |
| FAQ | Terms of Use | © Queen's Printer for Ontario 2015 |