

## de Rechtspraak

Rechtbank Den Haag

United State~ ~~·~
Southern Distr
F I L E
JUN 14 2021
Nathan Ochsner, Clerk of Court

United States District Court, Southern District of Texas
District Court Judge
515 Rusk Ave.
Houston, TX 77002
United States of America

Team Handel

bezoekadres
Paleis van Justitie
Prins Clauslaan 60
2595 AJ Den Haag

correspondentieadres
Postbus 20302
2500 EH Den Haag

| | |
|---|---|
| datum | 2 juni 2021 |
| onderdeel | Team Handel - Algemene Zaken |
| contactpersoon | mw. J.M. Schluter-Harteveld |
| doorkiesnummer | 088 - 36 12 221 |
| ons kenmerk | C/09/612820 / KG RK 21/631<br>US DISTRICT COURT,SOUTH.TEXAS/RECHTBANK AMSTERDAM |
| uw kenmerk | 4:21-CV-859<br>DISH NETWORK LLC (EIS/VRZ) / DINESH VIGNESWARAN (GED/VWR) |
| bijlage(n) | geen |
| onderwerp | rogatoire commissie |

f 088 - 36 10 665
www.rechtspraak.nl

Bij beantwoording de datum en ons kenmerk vermelden. Wilt u slechts één zaak in uw brief behandelen.

Dear Sir/Madam

I confirm the receipt of above mentioned request.
The documents were received on 15 April 2021.

The court will keep you informed about further procedures.

Kind regards,

mw. J.M. Schluter-Harteveld