| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |

United States District Court
Southern District of Texas
**ENTERED**
August 16, 2021
Nathan Ochsner, Clerk

DISH Network, L.L.C., §
§
    Plaintiff, §
§
versus §  Civil Action H-21-859
§
Dinesh Vigneswaran, et al., §
§
    Defendants. §

## Extension Order

By August 27, 2021, DISH Network, L.L.C., may serve ChitramTV by email at: (a) support@chitram.tv and (b) liudmila.ador@googlemail.com. (20)

Signed on August **16**, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge