| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

DISH Network L.L.C., §
§
       Plaintiff, §
§
versus §    Civil Action H-21-859
§
Dinesh Vigneswaran, *et al.*, §
§
       Defendants. §

### Plaintiff DISH Network L.L.C.'s Certificate of Service of Complaint on Defendant ChitramTV

The undersigned certifies that on August 20, 2021, copies of the summons (Dkt. 24), Plaintiff's complaint (Dkt. 1), order for conference (Dkt. 6), and order resetting conference (Dkt. 16) were emailed to Defendant ChitramTV at *support@chitram.tv* and *liudmila.ador@googlemail.com*. Attached as Exhibit 1 is a true and correct copy of the email sent to ChitramTV.

ChitramTV has been properly served in accordance with the Court's order of August 16, 2021 (Dkt. 21), authorizing service by email.

Dated:  August 20, 2021

Respectfully submitted,

HAGAN NOLL & BOYLE LLC

By: /s/ Stephen M. Ferguson
Stephen M. Ferguson (attorney-in-charge)
Texas Bar No. 24035248
Southern District of Texas Bar No. 614706
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Joseph H. Boyle (of counsel)
Texas Bar No. 24031757
Southern District of Texas Bar No. 30740

Counsel for Plaintiff DISH Network L.L.C.