| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
September 13, 2021
Nathan Ochsner, Clerk

DISH Network L.L.C. §
§
versus § Civil Action 4: 21-CV-00859
§
Vigneswaran et al §

## Conference Memorandum

Counsel:

No Appearance

No Appearance

Representing:

DISH Network, LLC

Vigneswaran, et al.

Date: September 13, 2021

Reporter: Forrest

Started: 10:21 a.m.

Ended: 10:22 a.m.

At the conference, these rulings were made:

☑ Order to be entered.
☐ A pretrial conference is set for: _____ on _____, 2021.
☐ A hearing is set for: _____ on _____, 2021.
☐ Trial preparation to be completed by: _____, 2021.
☐ A trial is set for: _____ on _____, 2021.
  ☐ Bench  ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 2021.
☐ Internal review deadline _____, 2021.

Lynn N. Hughes
United States District Judge