UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 20, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| DISH Network, L.L.C., | § |
|       Plaintiff, | § |
| versus | §    Civil Action H-21-859 |
| Dinesh Vigneswaran, et al., | § |
|       Defendants. | § |

# Entry of Default

It appears upon the representation of the plaintiff and from the record that the following defendants failed to plead or otherwise defend in this case as required by law:

Dinesh Vigneswaran and
Does 1 - 10, doing business as Chitram TV and Chitram.tv

Therefore, default is entered against the defendants as authorized by Federal Rule of Civil Procedure 55.

Nathan Ochsner
Clerk of the District Court

By: Deputy Clerk

Date: September 20, 2021