United States District Court
Southern District of Texas
**ENTERED**
September 20, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| DISH Network, L.L.C., | § |
| | § |
| Plaintiff, | § |
| | § |
| *versus* | §     Civil Action H-21-859 |
| | § |
| Dinesh Vigneswaran, *et al.*, | § |
| | § |
| Defendants. | § |

## Order to Move

By October 15, 2021, DISH Network, L.L.C., may move for default judgment.

Signed on September 20, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge