| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
October 15, 2021
Nathan Ochsner, Clerk

DISH Network, L.L.C., §
§
         Plaintiff, §
§
versus §    Civil Action H-21-859
§
Dinesh Vigneswaran, et al., §
§
         Defendants. §

## Order to Seal

Exhibit 10 to the motion for default judgment (35-10) by DISH Network, L.L.C., is sealed. (34)

Signed on October 15, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge