# EXHIBIT 1

**Stephen Ferguson**

| | |
|---|---|
| **From:** | Farrukh Nuridinov <nuridinov.law@gmail.com> |
| **Sent:** | Tuesday, October 19, 2021 11:22 AM |
| **To:** | Stephen Ferguson |
| **Cc:** | David Korn |
| **Subject:** | Re: Chitram TV matter |
| **Attachments:** | Dinesh statement.pdf |

Dear Mr. Ferguson
Attached is the additional statement by Mr. Vigneswaran.

With best regards,

Farrukh Nuridinov, Esq.

On Thu, Jul 29, 2021 at 4:34 PM Farrukh Nuridinov <nuridinov.law@gmail.com> wrote:
> Dear Mr. Ferguson
> Attached is the statement by Mr. Vigneswaran. In it, he explains his involvement in the Chitram matter. From his statement, it is clear that his involvement was marginal and he was not able to financially benefit from it. His role is commensurate to that of the individuals on whom you served subpoenas. Mr. Vigneswaran offers his full scale cooperation and assistance should your clients deepen their investigation and reach individuals who were behind the scheme. Please let me know your thoughts on this.
>
> On Wed, Jul 21, 2021 at 8:12 AM Farrukh Nuridinov <nuridinov.law@gmail.com> wrote:
>> Thanks for reaching out
>> Please give three days for the details.
>>
>> On Tue, Jul 20, 2021 at 3:15 PM Stephen Ferguson <Stephen.Ferguson@hnbllc.com> wrote:
>>> Mr. Farrukh,
>>>
>>> I'm following up on a voice message that I left you a week or two ago concerning your July 7th email and Dinesh Vigneswaran's inquiry about settlement.  DISH's attached complaint includes a demand in the prayer on pages 15-17.  Mr. Vigneswaran can make an written offer of settlement based on the demand in the complaint and we will forward it to DISH for its consideration.
>>>
>>>
>>> Best Regards,
>>>
>>>
>>> Stephen M. Ferguson
>>>
>>> Hagan Noll & Boyle LLC
>>>
>>> Two Memorial City Plaza

1

820 Gessner, Suite 940

Houston, TX 77024

713.343.0478 T (ext. 102)

713.758.0146 F

www.hnbllc.com

**From:** Farrukh Nuridinov [mailto:nuridinov.law@gmail.com]
**Sent:** Wednesday, July 7, 2021 8:41 AM
**To:** Stephen Ferguson <Stephen.Ferguson@hnbllc.com>
**Cc:** David Korn <David.Korn@hnbllc.com>
**Subject:** Re: Chitram TV matter

Dear Mr. Ferguson

I am writing in relation to the Chitram TV matter currently pending in the southern District of Texas. Plaintiff Dinesh Vigneswaran reached out to me and authorized me to initiate settlement negotiations with respect to the subject matter of the pending lawsuit. Please state your client's demands in this respect.

With best wishes

Farrukh Nuridinov, Esq.

929-365-2306

On Wed, May 5, 2021 at 9:08 AM Farrukh Nuridinov <nuridinov.law@gmail.com> wrote:

> Dear Mr. Ferguson
>
> Attached are the statements provided by my clients.
>
> Thanks
>
> Farrukh Nuridinov, Esq.

2

On Wed, May 5, 2021 at 9:03 AM Stephen Ferguson <Stephen.Ferguson@hnbllc.com> wrote:

Mr. Nuridinov,

Thank you for your email stating Benley Matthew and Jerry Kampyil are ready to cooperate and render full assistance in response to DISH's subpoenas. When do you intend to provide Mr. Matthew and Mr. Kampyil's written statements and documents responsive to DISH's subpoenas? DISH needs to provide an update to the Court on the status of the subpoenas and responses on or before May 17th. Please provide the statements and documents as soon as possible.

Best Regards,

Stephen M. Ferguson

Hagan Noll & Boyle LLC

Two Memorial City Plaza

820 Gessner, Suite 940

Houston, TX 77024

713.343.0478 T (ext. 102)

713.758.0146 F

www.hnbllc.com

**From:** Farrukh Nuridinov [mailto:nuridinov.law@gmail.com]
**Sent:** Monday, April 19, 2021 3:59 PM
**To:** Stephen Ferguson <Stephen.Ferguson@hnbllc.com>
**Subject:** Chitram TV matter

Good Afternoon Mr. Ferguson

I represent two individuals who recently received cease and desist letters and subpoenas in the matter of Chitram TV. Those individuals are Benley Mathew and Jerry Kampyil. I am writing to express my clients' readiness to resolve the matters contained in the subpoena. They undertake to cease and desist and had fully severed any relationship with the Chitram TV and possible associates. My clients are ready to

3

cooperate and render full assistance as required. I am preparing their written statements for your attention. They will be sent out to you shortly.

With best regards,

Farrukh Nuridinov, Esq.

To whom this may concern:

I am Dinesh Vigneswaran, addressed at 25 Rushworth drive Ajax, Ontario, Canada to whom you have issued a notice dated MARCH 16, 2021. This was dropped off at the porch of the above mentioned property on MAY 14, 2021 also another mail which came in post on the 1st of October, 2021

The fact of the matter is that I have been working for a well-known company 'lycatel' since 2016, I was the head of sales for their product "lyca TV"
I use to participate in outdoor sales activities and a lot competitors use to come meet me to help improve their product in North America. A person named Arav Sai was one of the competitors who asked me to promote Chitram TV. I was under contract with lycatel at that point so I refused the offer.
However over the course of my career lycatel lost few of their key channels on their portfolio. Due to that reason lot of customers started to ask for refund. Lycatel failed to compensate the clients. So the friends and family that bought the services from me stared to hold me accountable.

During that time I received a call from Arav Sai. Via the number  585-326-6085. While having a formal introduction with Arav he mentioned that he knew about the situation at lyca and he would have a deal for me from Chitram.

Initially I hesitated to talk however due to my situation I was listening to him. He offered me to give their services at a cheaper price so I could compensate the current customers of lyca with the remaining months and in that way they (chitram) will also benefit by getting those customers upon renewal.

I requested him if we could meet and talk about this deal and he said that he is in the states and we shall meet sometime. But then that never happened to date.

I was asked by Arav to pay upfront for their services. So I did pay to tackle the irate family and friends. The promise between me and Arav was to reimburse my initial payment upon renewal. So renewals came and I requested Arav to start the reimbursement. He replied that 'we do not have a bank account in the states' and for me to open a PayPal account and he will make few of his contacts to pay and also local meets to reimburse my funds.

Due to lycatel eventually closing the TV product I had to look for a new career so I was in a real financial crises and I needed those funds to accommodate my family/kids. I was forced to agree in order to bail out of this as soon as possible.

Till May of this year I did not receive any email/letter from any lawyer or person regarding this.

You have mentioned that own a website and I was doing sales. These website that you have mentioned were never owned or maintained by me. In fact I am not even that tech savvy or I don't make enough to hire someone. I was never an owner of a chitram TV Canada business that you have mentioned or hired any dealers or workers for me to do this business.

Also you mentioned that I have a car and home. If your investigators searched that enough by now you would have known that both the car and house are financed and also I'm not the only owner and just part of it with family members. I don't have enough funds to even retain a lawyer/council to send all these documents.

All this happened just because I wanted to safe guard my name and reputation from the previous customers and move along for the betterment of my family.