## Certificate of Service

I hereby certify that on October 26, 2021, I served the following documents described as:

- Plaintiff DISH Network L.L.C.'s Status Report with Exhibits 1-3

by placing the documents in a sealed envelope with postage thereon fully prepaid and then deposited the envelope with the United States Postal Service (Certified Mail or International Priority Mail), addressed to the following non-CM/ECF participant:

Dinesh Vigneswaran
25 Rushworth Drive
Ajax, Ontario L1Z 1S2
Canada
*Defendant*

The foregoing documents were also sent via email to the following:

Farrukh Nuridinov, Esq.
nuridinov.law@gmail.com
*Counsel for Defendant Dinesh Vigneswaran*

Aleksandra Bajd