To:
Nathan Ochsner
Clerk of court
Southern district court

Dear Sir,

I am Dinesh Vigneswaran, addressed at 25 Rushworth drive Ajax, Ontario, Canada.
I received a document stating "summons in a civil action" dated MARCH 16, 2021. This was dropped off at the porch of the above mentioned property on MAY 14, 2021 also another document stating "application for clerk's entry" which came in post on the 1st of October, 2021

Till May of this year I did not receive any email/letter from any law firm or individual regarding this matter. When I received the 1st documents back in May I was confused with all that was mentioned. It was an unmarked envelope with no stamp and sent from some state in the USA.

It has become common these days that you get calls and mails trying to victimise for fraudulent scam. So I thought this is some false letter and I ignored it. Moreover I didn't have the time to think or investigate on this.

I have been already struggling through this pandemic to fight with my career and family. However when I received another document this month from the same law firm that's when I realised to give priority.

The fact of the matter is that I use to work for a well-known company 'lycatel' since 2016. I was the head of sales for their product lyca TV. I use to participate in outdoor sales activities and a lot of competitors use to come meet me to help improve their product in North America. A person named Arav Sai was one of the competitors who asked me to promote Chitram TV. I was under contract with lycatel at that point so I refused the offer.

However over the course of my career lycatel lost few of their key channels on their portfolio. Due to that reason lot of customers started to ask for refund. Lycatel failed to compensate the clients. So the friends and family that bought the services from me started to hold me accountable.

During that time I received a call from Arav Sai. Via the number 585-326-6085. While having a formal introduction with Arav, he mentioned that he knew about the situation at lyca and he would help me with a solution.

Initially I hesitated to talk however due to my situation I was listening to him. He offered me to give their services at a cheaper price so I could compensate friends and family members with the remaining months and by that way chitram TV will also benefit by getting those contacts as their customers upon renewal.

I requested him if we could meet and have a conversation but he said that he is in USA and we shall meet sometime in Canada. But then that never happened to date.

In Canada it is common that people use IPTV services. Even providers like Bell Canada provide this service. As a common person we do not know which provider has rights for which programmes and which doesn't and who owns these and all those detailed information.

I was asked by Arav to pay upfront for their services. So I did pay to tackle the irate family and friends. The promise between me and Arav is that he will reimburse my payment which I paid towards the services upon subscription renewals of my friends and family

So renewals came and I requested Arav to start the reimbursement. He replied that 'we do not have a bank account in the states' and a PayPal account was created so that few of his contacts will make payments and also local meets to reimburse my funds.

Due to lycatel eventually closing the TV product I had to look for a new career so I was in a real financial crises and I needed those funds to accommodate my family/kids. I was forced to agree in order to bail out of this as soon as possible.

It was mentioned in the letter that I own a website and I was doing sales. These website that you have mentioned were never owned/used or maintained by myself. In fact I am not even that tech savvy or I have the funds to hire someone. I was never an owner of a chitram TV Canada business or any TV business that you have mentioned or hired any dealers or workers for me to do this business.

Also you mentioned that I have a car and house under my name. Both the car and house are financed and I'm just part of the finance with my family members.

Due to this pandemic my current career has become really challenging and I'm barely making anything to cover my essential costs. I don't even have the funds to retain a lawyer/council.

I was forced in this situation just because I wanted to safe guard my name and reputation from family and friends and move along for the betterment of my family.


Yours Truly

Dinesh Vigneswaran