United States District Court
Southern District of Texas
**ENTERED**
November 15, 2021
Nathan Ochsner, Clerk

United States District Court     Southern District of Texas

| | |
|---|---|
| DISH Network, L.L.C., | § |
|     Plaintiff, | § |
| versus | §     Civil Action H-21-859 |
| Dinesh Vigneswaran, et al., | § |
|     Defendants. | § |

## Default Judgment and Injunction

1. DISH Network, L.L.C., had the exclusive right to broadcast nineteen international television channels in the United States. DISH continues to have these exclusive rights for the Aaj Tak, B4U Movies, B4U Music, Dunya TV, Express Entertainment, Express News, Hum Masala, Hum Siataray, Hum TV, India Today, SAB, SET (Sony SET), SET MAX, Times Now, and Zoom channels. DISH's licenses give it copyrights in the works airing on these channels.

2. DISH discovered that ChitramTV transmitted 207 of DISH's copyrighted works that aired on these channels and are registered with the United States Copyright Office to ChitramTV's customers in the United States. ChitramTV captured live broadcast signals of the channels airing these copyrighted works, streamed them to servers, and transmitted them from its servers to people who bought Chitram set-top boxes and subscriptions from ChitramTV or its resellers.

3. DISH monitored ChitramTV's transmissions of its channels from 2014 to the present. In that time, DISH sent 164 notices of infringement demanding that ChitramTV cease transmitting. ChitramTV ceased transmitting in 2015, but it resumed in 2017. DISH also sent 58 notices of infringement to ChitramTV's third-party providers.

4.  DISH initiated this lawsuit on March 16, 2021. ChitramTV was served on August 20, 2021. It has not answered or otherwise appeared.

5.  DISH Network, L.L.C., will take $31,050,000 from ChitramTV, plus 0.15% post-judgment interest. This reflects the statutory damages of $150,000 for ChitramTV's willful infringement of 207 of DISH's registered copyrighted works.

6.  ChitramTV, the individuals and entities who are a part of ChitramTV, any entity it creates to transmit television channels, and any of its resellers are permanently enjoined from (a) distributing DISH's channels or the works airing on those channels in the United States and (b) distributing, selling, or promoting set-top boxes, subscriptions, or services that provide access to DISH's channels or the works airing on those channels.

7.  Third-party providers, including but not limited to Private Layer, Inc., IP Volume, Inc., Cooperative Investments, LLC, Owl Protect, LLC, Virtual Systems, LLC, Alkar-AS, and FDC Servers.net, LLC, may not provide any services to ChitramTV related to its (a) distributing DISH's channels or the works airing on those channels in the United States or (b) distributing, selling, or promoting set-top boxes, subscriptions, or services that provide access to DISH's channels or the works airing on those channels. Third-party providers shall comply within forty-eight hours of receiving this order.

8.  Registries and registrars, including but not limited to The .tv Corporation, VeriSign, Inc., Canadian Internet Registration Authority, and Radix FZC must disable and transfer to DISH or the registrar selected by DISH, the domain names used to (a) distribute DISH's channels or the works airing on those channels in the United States or (b) distribute, sell, or promote set-top boxes, subscriptions, or services that provide access to DISH's channels or the works airing on those channels. The domain names to be disabled and transferred include *Thulsi.tv*, *Chitram.tv*, *Chitram.ca*, *Oranthservice.site*, *Newmembership.net*, and any future domain

name used by ChitramTV for such use. The domain names shall be re-enabled upon DISH's request. Registries and registrars shall comply within forty-eight hours of receiving this order. (35)


Signed on November **15**, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge