United States District Court
Southern District of Texas
**ENTERED**
November 15, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| DISH Network, L.L.C., § § § Plaintiff, § § versus § § Dinesh Vigneswaran, *et al.*, § § Defendants. § | Civil Action H-21-859 |

## Order Withdrawing Default and Setting Conference

1. Because he has adequately answered, and the court accepts his explanation for the late answer, the entry of default against Dinesh Vigneswaran is withdrawn. (31)

2. A conference is scheduled for:

   February 3, 2022,
   at 10:30 a.m.
   Courtroom 11-C, Eleventh Floor
   515 Rusk Avenue
   Houston, Texas 77002.

3. All parties must appear at the conference – whether personally or through counsel. The parties must come prepared with concrete and detailed proposals to advance the litigation.

Signed on November 15, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge