| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| DISH Network L.L.C., | § § § § | |
| Plaintiff, | § § | |
| versus | § § § § | Civil Action H-21-859 |
| Dinesh Vigneswaran, *et al.*, | § § | |
| Defendants. | § | |

## Plaintiff DISH Network L.L.C.'s Motion to Amend Default Judgment and Injunction

Plaintiff DISH Network L.L.C. ("DISH") respectfully moves the Court to amend the November 15, 2021 Default Judgment and Injunction (Dkt. 40, the "Injunction") to prevent ChitramTV from distributing DISH's channels in violation of the Injunction. DISH requests that the Injunction be amended to identify IP addresses that third-party providers are to disable and new domains that registries and registrars are to disable and transfer to DISH.

**I.    ChitramTV is Violating the Injunction.**

The Injunction permanently enjoined ChitramTV from:

(a) distributing DISH's channels or the works airing on those channels in the United States and (b) distributing, selling, or promoting set-top boxes, subscriptions, or services that provide access to DISH's channels or the works airing on those channels.

(Dkt. 40 ¶ 6.)

ChitramTV is violating the Injunction by continuing to distribute DISH's channels and the works airing on those channels in the United States. (*Id.*; Duval Decl. ¶ 8, Ex. 3.) The Injunction temporarily prevented ChitramTV from distributing DISH's channels as of November 18, 2021. (Dkt. 40 ¶ 8; Duval Decl. ¶ 6.) On or before November 21, 2021,

ChitramTV released an update that enabled the Chitram Service to resume distributing DISH's channels in violation of the Injunction. (Duval Decl. ¶ 7.) ChitramTV provided its users notice of the update through the Chitramtv.store domain and website. (*Id.* ¶ 7, Ex. 1.) On or before November 22, 2021, ChitramTV forced Chitram set-top boxes to download the update to the Chitram Service that resumed distributing DISH's channels. (*Id.* ¶ 8, Ex. 3.)

II. **An Amended Order is Required to Instruct Third-Party Providers, Registries, and Registrars to Comply with the Injunctio**n.

The Injunction ordered:

[t]hird-party providers, including but not limited to Private Layer, Inc., . . . . Cooperative Investments, LLC, Owl Protect, LLC, [and] Virtual Systems, LLC, . . . may not provide any services to ChitramTV related to its (a) distributing DISH's channels or the works airing on those channels in the United States.

(Dkt. 40 ¶ 7.)

Private Layer, Inc., Cooperative Investments, LLC, Owl Protect, LLC, and Virtual Systems, LLC failed to comply with the Injunction despite each being provided with two or three notices, the Injunction, and the November 23, 2021 Declaration of Gregory Duval (the "Declaration").[1] (Ferguson Decl. ¶ 2, Exs. 1-4; Duval Decl. ¶¶ 10-11, Exs. 5, 7-8.) Following the entry of the Injunction, ChitramTV used additional third-party providers in the course of transmitting DISH's channels, including Telkom Internet LTD, Limited

---

[1] Private Layer, Inc. failed to disable IP addresses 179.43.144.190 and 141.255.167.186. (Duval Decl. ¶ 11, Ex. 7; Ferguson Decl. ¶ 2, Ex. 1.) Cooperative Investments, LLC failed to disable IP address 196.19.126.120. (Duval Decl. ¶ 11, Ex. 8; Ferguson Decl. ¶ 2, Ex. 2.) Owl Protect, LLC failed to disable IP address 91.230.121.93. (Duval Decl. ¶ 11, Ex. 8; Ferguson Decl. ¶ 2, Ex. 3.) Virtual Systems, LLC failed to disable IP addresses 91.230.121.93 and 176.119.30.131. (Duval Decl. ¶ 10, Ex. 5; Ferguson Decl. ¶ 2, Ex. 4.)

2

Responsibility Society KomProektServis and Budovit S.R.O. that were provided with notice, the Injunction, and the Declaration.[2] (Duval Decl. ¶¶ 9, 11, Exs. 4, 9-10.)

The Injunction also ordered:

> [r]egistries and registrars, including but not limited to . . . VeriSign, Inc. . . . and Radix FZC must disable and transfer to DISH or the registrar selected by DISH, the domain names used to (a) distribute DISH's channels or the works airing on those channels in the United States or (b) distribute, sell, or promote set-top boxes, subscriptions, or services that provide access to DISH's channels or the works airing on those channels. The domain names to be disabled and transferred include *Thulsi.tv, Chitram.tv, Chitram.ca, Oranthservice.site, Newmembership.net*, and any future domain name used by ChitramTV for such use.
>
> (Dkt. 40 ¶ 8.)

DISH provided notice, the Injunction, and the Declaration to the registries and registrars of the new domains being used to distribute DISH's channels and the works airing on those channels in the United States, including Thulsi.net; Thulsi.info; Thulsi.org; Thulsi.com.ua; and Chitramtv.store. (Ferguson Decl. ¶ 4, Ex. 6.) VeriSign, Inc. responded that it will promptly take action against Thulsi.net upon receipt of a judicial finding that the domain is being wrongfully used by the Defendants and that instructs Verisign to disable and transfer the domain. (*Id.* ¶ 4, Ex. 7.) The registries and registrars of Thulsi.org; Thulsi.info; and Thulsi.com.ua have not responded to DISH's notice or the Injunction. (*Id.* ¶ 4.)

---

[2] Telkom Internet LTD is assigned IP 31.43.191.137. (Duval Decl. ¶ 11, Ex. 9.) Limited Responsibility Society KomProektServis and Budovit S.R.O are assigned IP 93.125.70.2. (*Id.* ¶ 11, Ex. 10.)

### III. ChitramTV is Taking Action to Continue Distributing DISH's Channels Following Amended Orders.

Since November 23, 2021, ChitramTV added four additional domains to its IP address 91.230.121.93, including Thulsi1.net; Thulsi.ru; Qwertywsx.com; and Qwertywsx.net, meaning they also can be used for authorization and authentication of the Chitram Service. (Duval Decl. ¶ 10, Ex. 5 at Reverse IP Lookup Results; Ferguson Decl. ¶ 5, Ex. 8.) The addition of these domains shows that ChitramTV is taking action to continue distributing DISH's channels following amended orders.

### IV. Conclusion

Disabling and transferring to DISH the Thulsi.net; Thulsi.info; Thulsi.org; Thulsi.com.ua; Chitramtv.store; Thulsi1.net; Thulsi.ru; Qwertywsx.com; and Qwertywsx.net domains and disabling the computer servers identified by IP addresses 31.43.191.137; 91.230.121.93; 93.125.70.2; 93.125.70.49; 141.255.167.186; 176.119.30.131; 179.43.144.190; and 196.19.126.120 should at least temporarily prevent ChitramTV from distributing DISH's channels. (Duval Decl. ¶¶ 7-12; Ferguson Decl. ¶ 5, Ex. 8; Dkt. 35-2 ¶ 15.)

DISH requests that the Court amend the Injunction to instruct registries and registrars to disable and transfer to DISH the Thulsi.net; Thulsi.info; Thulsi.org; Thulsi.com.ua; Chitramtv.store; Thulsi1.net; Thulsi.ru; Qwertywsx.com; and Qwertywsx.net domains and third-party providers to disable IP addresses 31.43.191.137; 91.230.121.93; 93.125.70.2; 93.125.70.49; 141.255.167.186; 176.119.30.131; 179.43.144.190; and 196.19.126.120.[3]

---

[3] A proposed order amending the Injunction has been filed that identifies the registries, registrars, domains, third-party providers, and IP addresses.

Dated: November 30, 2021

Respectfully submitted,

HAGAN NOLL & BOYLE LLC

By: /s/ Stephen M. Ferguson
Stephen M. Ferguson (attorney-in-charge)
Texas Bar No. 24035248
Southern District of Texas Bar No. 614706
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Joseph H. Boyle (of counsel)
Texas Bar No. 24031757
Southern District of Texas Bar No. 30740

Counsel for Plaintiff DISH Network L.L.C.