United States District Court
Southern District of Texas
**ENTERED**
November 30, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

DISH Network L.L.C., §
§
Plaintiff, §
§
versus §  Civil Action H-21-859
§
Dinesh Vigneswaran, *et al.*, §
§
Defendants. §

## Order Amending Default Judgment and Injunction

1. The Court enters this order amending the November 15, 2021 Default Judgment and Injunction (Dkt. 40, the "Injunction") to identify new domains that registries and registrars are to disable and transfer to DISH and IP addresses that third-party providers are to disable. All portions of the Injunction remain in full force and effect.

2. The Injunction temporarily prevented ChitramTV from distributing DISH's channels and the works airing on those channels in the United States. ChitramTV released an update that enabled the Chitram service to resume distributing DISH's channels and the works airing on those channels in the United States in violation of the Injunction.

3. Registries and registrars, including but not limited to Verisign, Inc., Public Interest Registry, Afilias, Inc., Hostmaster Ltd., Radix FZC, Regtime Ltd., Newfold Digital, Inc. d/b/a PublicdomainRegistry.com, Ukranian

InternetNames Center LTD, Namecheap, Inc., and Coordination Center for TLD RU must disable and transfer to DISH or the registrar selected by DISH, the domain names used to (a) distribute DISH's channels or the works airing on those channels in the United States or (b) distribute, sell, or promote set-top boxes, subscriptions, or services that provide access to DISH's channels or the works airing on those channels. The domain names to be disabled and transferred include Thulsi.net, Thulsi.info, Thulsi.org, Thulsi.com.ua, Chitramtv.store, Thulsi1.net, Thulsi.ru, Qwertywsx.com, and Qwertywsx.net. The domain names shall be re-enabled upon DISH's request. The registries and registrars shall comply within forty-eight hours of receiving this order.

4. Third-party providers may not provide any services to ChitramTV related to its (a) distributing DISH's channels or the works airing on those channels in the United States or (b) distributing, selling, or promoting set-top boxes, subscriptions, or services that provide access to DISH's channels or the works airing on those channels. This includes but is not limited to Private Layer, Inc. disabling IP addresses 179.43.144.190 and 141.255.167.186; Cooperative Investments, LLC disabling IP address 196.19.126.120; Owl Protect, LLC disabling IP address 91.230.121.93; Virtual Systems, LLC disabling IP addresses 91.230.121.93 and 176.119.30.131; Telkom Internet LTD disabling IP address 31.43.191.137; and Limited Responsibility Society

KomProektServis and Budovit S.R.O disabling IP addresses 93.125.70.2 and 93.125.70.49. The third-party providers shall comply within forty-eight hours of receiving this order.

5. Violation of this order or the Injunction may subject Defendants, third-party providers with notice including Private Layer, Inc., Cooperative Investments, LLC, Owl Protect, LLC, Virtual Systems, LLC, Telkom Internet LTD, Limited Responsibility Society KomProektServis and Budovit S.R.O, and registries and registrars with notice including Verisign, Inc., Public Interest Registry, Afilias, Inc., Hostmaster Ltd., Radix FZC, Regtime Ltd., Newfold Digital, Inc. d/b/a PublicdomainRegistry.com, Ukranian InternetNames Center LTD, Namecheap, Inc., and Coordination Center for TLD RU, and other persons bound by the orders to all applicable penalties, including contempt sanctions.

Signed _November 30_, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge