UNITED STATE DISTRICT COURT
FOR THE SOUTHERN
DISTRICT OF TEXAS

IN THE COURT DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED
JAN 21 2022

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| DISH NETWORK L.L.C, | Civil Action No: **H-21-859** |
| Plaintiff, | |
| vs. | **PERMANENT EXEMPTION REQUEST** |
| DINESH VIGNESWARAN et al., | |
| Defendant | |

1. My Lord, it is being submitted once again that the defendant is an innocent and law abiding person of the country. Defendant works for the betterment and survival for his family. Plaintiff has no cause of action and no legal jurisdiction to sue in the Honorable Court. Not a single legal evidence, record or instrument was produced in front of this honorable court which distinguishes Defendant ownership, technical expertise, representative or belonging to the Chitram.

2. On November 15, 2021 this honorable Court Order withdrawing Default and Setting Conference because the Defendant has adequately answered, and the said honorable Court accepts his explanation for the late answer, the entry of default against the Defendant is withdrawn. The honorable court also order a conference scheduled on February 3, 2022 at 10:30 a.m. location Courtroom II-C, Eleventh Floor 515 Rusk Avenue, Houston, Texas 77002.

3. The honorable Court further ordered that all parties must appear at the said conference, personally or through counsel.

4. The honorable court aware of the fact that Defendant has denied all the allegations against him and the fact of the matter is that he is not a resident of United States of America.

5. It is pertinently mentioned here that the Defendant is not the representative, agent, owner or any lawful individual who can represent on the behalf of the Chitram in the abovementioned conference to decide the said matter.

**UNITED STATE DISTRICT COURT**
**FOR THE SOUTHERN**
**DISTRICT OF TEXAS**

6. On the other hand Defendant is currently dealing with extreme difficult financial circumstances, unable to fulfill his family obligations such financial support, providing basic necessities, etc. therefore, Defendant is unable to travel in personal to appear in front of honorable court and due to financial difficulties unable to hire a counsel to represent him in said matter.

7. Under these difficult financial situations, the Defendant is unable to travel right from Canada to Texas and to participate in the abovementioned conference.

## PRAYER

The defendant, therefore, prays that:

1. That the plaintiff is searching for the wrong person because Defendant has no ownership, technical expertise, representative or belonging to the Chitram and also no cause of action to sue in the Honorable Court and suit be dismissed with the costs.

2. That the Plaintiff is not entitled for any relief and the suit be dismissed.

3. That the Defendant is in dealing with extreme difficult financial situation, prays to the honorable court that please grand permanent exemption in this case.

4. Meanwhile Defendant will be available to answer and cooperate (legit) with the Plaintiff though this honorable court via available electronic correspondence or mail.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND USE AS EVIDENCE IN COURT AND IN SUBJECT TO PENALTY FOR PERJURY.

Dated on the 22th of November, 2021

**DINESH VIGNESWARAN**

2

November 22, 2021

To:

Nathan Ochsner
Clerk of Court
Southern District Court

I am Dinesh Vigneswaran, addressed at 25 Rushworth drive Ajax, Ontario, Canada.
On November 15, 2021 the honourable court accepted my answer regarding this matter and withdrew the default judgement. However there is a conference scheduled for February 3rd 2022.

And it says all parties must appear in person or through counsel. As I have mentioned earlier I am not a representative or owner to represent Chitram to decide anything on behalf.

I am just an ordinary citizen of Canada who is struggling through this pandemic to even support my family financially. It is really tough to even provide basic necessities. I am not in a state to hire a counsel or to travel to the United States.

The plaintiff is searching for the wrong person and I have no ownership, technical expertise or any belonging to do with Chitram.

So I am praying the court to completely exempt myself from this matter. And I promise that I will respond and cooperate with court via mail or email if needed.

Yours truly

*[signature]*

Dinesh Vigneswaran

Umesh Viswanathan
25 Rushworth Drive
Ajax Ontario
L1Z1S2

Nathan Ochsner
Clerk of Court
P.O. Box 61010
Houston, TX 77208