United States District Court
Southern District of Texas
**ENTERED**
January 26, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

DISH Network, L.L.C., §
 §
        Plaintiff, §
 §
versus § Civil Action H-21-859
 §
Dinesh Vigneswaran, et al., §
 §
        Defendants. §

## Order on Exemption

1. Dinesh Vigneswaran has moved for a "permanent exemption" in this case. To the best of the court's ability, this most appears to be a request to appear by electronic or other remote means – as Vigneswaran mentions being from Canada, having financial troubles, and "promis[ing] that [he] will respond and cooperate with court via mail or email."

2. As an initial matter, Vigneswaran makes a brief challenge to this court's jurisdiction over him as a Canadian resident. DISH Network has pleaded that Vigneswaran assisted in selling television boxes and subscriptions in Texas that allowed users to access the copyrighted channels. Even though Vigneswaran may reside in Canada, courts in the United States still have jurisdiction under the federal Copyright Act. Canada and the United States are members to many agreements that allow each country to enforce these rights against citizens of the other.[1]

---

[1] *See* Berne Convention for the Protection of Literary and Artistic Works, 1979, S. Treaty Doc. No. 99-27 (1986); Universal Copyright Convention, July 24, 1971, 943 U.N.T.S. 132; Agreement on Trade-Related Aspects of Intellectual Property Rights, Apr. 15, 1994, 1869 U.N.T.S. 3; WIPO Copyright Treaty, Dec. 20, 1996, S. Treaty Doc. No. 105-17 (1997); United States-Mexico-Canada Agreement, U.S.-Mex.-Can., art. 20 (Oct. 1, 2018).

3. Vigneswaran also says that "[n]ot a single legal evidence, record, or instrument was produced in front of this honorable court." This lawsuit is still in its earliest stages, and DISH Network is not obliged to give evidence yet.

4. Vigneswaran also mentions some financial difficulties – however, this is not a defense to a lawsuit, and he has not given anything to support this claim. Vigneswaran must still actively engage in the case.

5. This court does understand the difficulties with international travel at this time and will not require Vigneswaran to appear in person at the next conference. Attendance at later conferences will depend on the situation at that time.

6. By February 25, 2022, Vigneswaran must call this court's case manager – (713) 250-5516 – and give a telephone number that he can be readily reached, so he can be called to participate in the next conference. (45)

7. The February 3, 2022, conference is reset for:

March, 10, 2022,
at 10:30 a.m.
Courtroom 11-C, Eleventh Floor
515 Rusk Avenue
Houston, Texas 77002.

Signed on January 26, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge