February 16, 2021

To:

Nathan Ochsner
Clerk of Court
Southern District Court

Re: Case No.4:21-cv-00859 (S.D. Tex.)

Dear Sir,

I am Dinesh Vigneswaran, addressed at 25 Rushworth drive Ajax, Ontario, Canada.
On November 15, 2021 the honourable court accepted my answer regarding this matter and withdrew the default judgement. However there was a conference scheduled for February 3rd 2022.

On a letter dated November 22nd I replied to the court asking for full exemption. I received a letter from court on February 10th stating that the conference is re-scheduled. (Dated January 26th 2022). I have already sent a notice dated January 23rd replying to the conference and also my reply to the initial disclosure dated February 3rd 2022.

So my understanding is that the court would have not been able to receive my January 23rd and February disclosure before the re-schedule notice is sent out to me. So I have attached both documents once again in this mail.

The plaintiff is searching for the wrong person and I have no ownership, technical expertise or any knowledge about the Defendant's (Chitramtv) copyright infringement.

So I am praying the court to completely exempt myself from this matter. And as I promised I will respond and cooperate with court via mail or email if needed.

Yours truly

Dinesh Vigneswaran