| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| DISH Network L.L.C., <br><br>　　　　Plaintiff, <br><br>versus <br><br>Dinesh Vigneswaran, *et al.*, <br><br>　　　　Defendants. | § § § § § § § § § § | Civil Action H-21-859 |

## Plaintiff DISH Network L.L.C.'s Motion to Compel Defendant to Participate in Rule 26(f) Conference

The Rule 16 conference in this matter is set for March 10, 2022. DISH Network L.L.C. ("DISH") has made four unsuccessful attempts to schedule the Rule 26(f) conference with Defendant Dinesh Vigneswaran, but Defendant refuses to schedule and participate in the conference.

DISH sent Defendant correspondence on December 2, 2021, December 21, 2021, and February 17, 2022, requesting his cooperation in scheduling the Rule 26(f) conference by telephone. DISH again contacted Defendant on March 2, 2022 by e-mail and telephone in an attempt to schedule the Rule 26(f) conference.[1] DISH's efforts have been unsuccessful.

DISH informed Defendant that pursuant to Rule 26(f)(1) "the parties must confer as soon as practicable-and in any event at least 21 days before a scheduling conference is

---

[1] DISH's counsel called the phone number associated with Defendant's PayPal account. Defendant did not answer and a voice message could not be left. Defendant has not provided DISH's counsel with a phone number in which he can be contacted.

to be held," the issues to be discussed are set forth in Rule 26(f)(2-3), and DISH provided Defendant with a proposed discovery plan for discussion during the call. (Exhibit 1.) Defendant did not respond to DISH's requests.

Although Defendant filed a motion for permanent exemption from attending hearings in this case, including the conference that was set for February 3, 2022, (Dkts. 45, 46) and although Defendant represented that he would be available to answer and cooperate with DISH and the Court via electronic correspondence and mail (Dkt. 45 ¶ 4), Defendant is not cooperating in scheduling the Rule 26(f) conference.

DISH requests an order directing Defendant to participate in a Rule 26(f) conference prior to the Rule 16 conference currently scheduled for March 10, 2022, or for such other order as the Court deems appropriate in these circumstances.

Dated: March 3, 2022

Respectfully submitted,

HAGAN NOLL & BOYLE LLC

By: /s/ Stephen M. Ferguson
Stephen M. Ferguson (attorney-in-charge)
Texas Bar No. 24035248
Southern District of Texas Bar No. 614706
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Joseph H. Boyle (of counsel)
Texas Bar No. 24031757
Southern District of Texas Bar No. 30740

Counsel for Plaintiff DISH Network L.L.C.

**CERTIFICATE OF CONFERENCE**

DISH's counsel attempted to confer with Defendant in order to resolve this matter without the Court's intervention. A copy of the motion was provided to Defendant on March 2, 2022. (*See* Exhibit 1.) Defendant did not respond.

/s/ Stephen M. Ferguson
Stephen M. Ferguson (attorney-in-charge)

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2022, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all CM/ECF participants in this case, and the document was emailed and placed in a sealed envelope with postage thereon fully prepaid and then deposited the envelope with the United States Postal Service, addressed to the following non-CM/ECF participant:

Dinesh Vigneswaran
25 Rushworth Drive
Ajax, Ontario L1Z 1S2
Canada
dineshvigneswaran119@gmail.com
*Defendant*

/s/ Stephen M. Ferguson
Stephen M. Ferguson (attorney-in-charge)