UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DISH Network L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-21-859 |
| | § | |
| Dinesh Vigneswaran, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Order on Motion to Compel

Dinesh Vigneswaran shall call DISH Network L.L.C.'s counsel, Stephen M. Ferguson, and participate in a Rule 26(f) conference prior to the conference with the Court on March 10, 2022 at 10:30 a.m.  (49)


Signed March _____, 2022, at Houston Texas.


_____
Lynn N. Hughes
United States District Judge