UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 04, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| DISH Network, L.L.C., | § | |
|            Plaintiff, | § § § | |
| *versus* | § § | Civil Action H-21-859 |
| Dinesh Vigneswaran, *et al.*, | § § § | |
|            Defendants. | § § | |

## Order on Motion to Compel

1. Because it is unlikely that Dinesh Vigneswaran will receive the order before the March 10, 2022, conference, the court will address the problems raised by DISH Network, L.L.C., during the conference. (51)

2. The court acknowledges that DISH Network has done its due diligence in following the federal rules and this court's orders and will not harbor any ill will toward it if the rule 26 conference does not occur before the conference because of Vigneswaran's continued recalcitrance.

Signed on March 4, 2022, at Houston, Texas.

                                                              Lynn N. Hughes
                                           United States District Judge