United States Courts
Southern District of Texas
FILED

MAR 08 2022

Nathan Ochsner, Clerk of Court

February 25, 2022

To:

Nathan Ochsner
Clerk of Court
Southern District Court

Re: Case No.4:21-cv-00859 (S.D. Tex.)

Dear Sir,

I am Dinesh Vigneswaran, addressed at 25 Rushworth drive Ajax, Ontario, Canada.
I am writing this letter to inform the court that as per the court's order I have called and left couple voice mails to the case manager before the 25th of February 2022. And I also send this letter to give my phone number: 437 580 7990

Yours truly

Dinesh Vigneswaran

Dinesh Vignes[...]
25 Rushworth drive
AJAX ON L1Z1S2

NATHAN OCHSNER
CLERK OF COURT
P.O. BOX 61010
HOUSTON, TX 77208

United States Courts
Southern District of Texas
FILED

MAR 08 2022

Nathan Ochsner, Clerk of Court