| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
March 10, 2022
Nathan Ochsner, Clerk

DISH Network L.L.C.          §
                             §
versus                       §   Civil Action 4: 21-CV-00859
                             §
Dinesh Vigneswaran           §

## Conference Memorandum

Counsel: Himself

Representing: D. Dinesh Vigneswaran

Counsel: Stephen Ferguson

Representing: P. DISH Network

Date: March 10, 2022

Reporter: D. Smith

Started: 10:30 a.m.

Ended: 11:10 a.m.

At the conference, these rulings were made:

_____

_____

- [x] Order to be entered.
- [ ] A pretrial conference is set for: _____ on _____, 2022.
- [ ] A hearing is set for: _____ on _____, 2022.
- [ ] Trial preparation to be completed by: _____, 2022.
- [ ] A trial is set for: _____ on _____, 2022.
    - [ ] Bench  [ ] Jury (Estimated time at 5.5 hours a day _____).
- [ ] Joint Pretrial Order due: _____, 2022.
- [ ] Internal review deadline _____, 2022.

Lynn N. Hughes
United States District Judge