UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 10, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| DISH Network, L.L.C., | § |
|             Plaintiff, | § |
| versus | §    Civil Action H-21-859 |
| Dinesh Vigneswaran, et al., | § |
|             Defendants. | § |

## Discovery Order

1. The parties will cooperate fully and amicably during discovery.

2. By September 9, 2022, discovery must be completed.

3. By September 16, 2022, the parties must report the status of the case and next steps to advance the litigation.

Signed on March 10, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge