UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 12, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| DISH Network, L.L.C., § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | Civil Action H-21-859 |
| § | |
| Dinesh Vigneswaran, et al., § | |
| § | |
| Defendants. § | |

# Order Compelling Responses

1. Dinesh Vigneswaran has exhausted this court's patience with his recalcitrance in participating properly in this lawsuit. The court has been overly accommodating to his current situation, but he continues to make repetitive objections — which the court has already overruled. He cannot avoid his legal obligations under this lawsuit by merely claiming he does not want to participate.

2. As authorized by this court, DISH Network, L.L.C., served written discovery on Vigneswaran. To properly object to a discovery request, Vigneswaran must give a specific, relevant, and timely objection.[1] His objections were either repetitive, unfounded privileges under the law, untimely, vague, or boilerplate. After DISH Network highlighted these discrepancies, Vigneswaran gave a half-hearted supplement and then essentially refused to cooperate or communicate.

---

[1] *McLeod, Alexander, Powel & Apffel, p.c. v. Quarles*, 894 F.2d 1482, 1485 (5th Cir. 1990); *In re United States*, 864 F.2d 1153, 1156 (5th Cir. 1989).

3. The court agrees that all of DISH Network's discovery requests were relevant, and it is entitled to the discovery it requested. Vigneswaran must *fully and completely* respond to requests for production 1-69 and interrogatories 1, 4-12. (62)

4. Vigneswaran has also failed to properly make initial disclosures as required under federal rule 26. He must also supplement those disclosures until he is in compliance with the standard.

5. Regarding awarding reasonable expenses, this will be Vigneswaran's last warning. He will not be forced to reimburse any expenses this time, but all further recalcitrance may be meet with sanctions.

Signed on July 12, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge