| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
July 18, 2022
Nathan Ochsner, Clerk

DISH Network, L.L.C., §
§
          Plaintiff, §
§
versus §    Civil Action H-21-859
§
Dinesh Vigneswaran, et al., §
§
          Defendants. §

## Order on Response

1. DISH Network, L.L.C., moved to compel on June 15, 2022. Dinesh Vigneswaran's response was due on July 6. His response by mail was stamped on July 11. Because it is nearly a week late, the court will not consider his arguments.

2. His "evidence" to show that he complied, regardless, is faded and completely illegible and could not be considered by the court even if it was timely.

Signed on July 18, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge