| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| DISH Network L.L.C., <br><br> Plaintiff, <br><br> versus <br><br> Dinesh Vigneswaran, *et al.*, <br><br> Defendants. | § § § § § § § § § § | Civil Action H-21-859 |

## Plaintiff's Status Report

Plaintiff DISH Network L.L.C. files this status report pursuant to the Court's Discovery Order dated March 10, 2022 (Dkt. 55). Defendant failed to comply with the order by not participating in the filing of this status report. (*See* Ex. 1.)

On September 9, 2022, Plaintiff filed a Motion for Contempt and Sanctions (Dkt. 68) for Defendant's failure to comply with the Court's Order Compelling Responses (Dkt. 64.) Defendant did not respond to interrogatories or make initial disclosures, and his supplemental responses to the requests for production are inadequate because of improper redactions, a failure to produce, and it is not clear from the responses whether a reasonably diligent search was conducted. Plaintiff's Motion requests that the Court enter default judgment against Defendant or alternative sanctions to obtain Defendant's compliance with the order. One of the five alternative sanctions requested by Plaintiff is

an extension of the discovery deadline, for Plaintiff only, by four months to January 9, 2023.[1]

Following Defendant's compliance with the order, Plaintiff intends to depose Defendant, serve Defendant with requests for admission, disclose an expert and prepare and serve an expert report. DISH may also depose Defendant's resellers that are listed in Defendant's PayPal transactions and take additional third-party discovery from individuals and entities connected to ChitramTV and Defendant. By not participating properly in discovery, Defendant has pushed back the timelines for completion of this additional discovery.

Plaintiff proposes the following case deadlines to the extent the Court does not enter default judgment against Defendant:

| | |
|---|---|
| Fact Discovery Deadline for Defendant: | September 9, 2022 (Dkt 55) |
| Fact Discovery Deadline for Plaintiff: | January 9, 2023 |
| Initial Expert Witness Disclosures: | February 9, 2023 |
| Rebuttal Expert Witness Disclosures: | March 9, 2023 |
| Completion of Expert Discovery: | April 7, 2023 |
| Dispositive Motions: | May 5, 2023 |

---

[1] The other four alternative sanctions requested by Plaintiff are (1) fine Defendant $100 for each day that he has not fully and completely complied with the order, commencing on the fifteenth day from an order on Plaintiff's motion; (2) prohibit Defendant from introducing any evidence from undisclosed witnesses or from introducing evidence on the elements of knowledge, material contribution, and damages; (3) order Defendant to purge his contempt within fourteen days or else have default entered; and (4) order Defendant to pay Plaintiff's fees in bringing the motion.

| | |
|---|---|
| Final Pretrial Conference: | September 4, 2023 |
| Trial: | September 18, 2023 |

Dated: September 16, 2022

Respectfully submitted,

HAGAN NOLL & BOYLE LLC

By: /s/ Stephen M. Ferguson
Stephen M. Ferguson (attorney-in-charge)
Texas Bar No. 24035248
Southern District of Texas Bar No. 614706
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Joseph H. Boyle (of counsel)
Texas Bar No. 24031757
Southern District of Texas Bar No. 30740

*Counsel for Plaintiff DISH Network L.L.C.*

## Certificate of Service

I hereby certify that on September 16, 2022, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all CM/ECF participants in this case, and the document was emailed and placed in a sealed envelope with postage thereon fully prepaid and then deposited the envelope with the United States Postal Service, addressed to the following non-CM/ECF participant:

Dinesh Vigneswaran
25 Rushworth Drive
Ajax, Ontario L1Z 1S2
Canada
dineshvigneswaran119@gmail.com
*Defendant*

/s/ Stephen M. Ferguson
Stephen M. Ferguson (attorney-in-charge)