UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
September 22, 2022
Nathan Ochsner, Clerk

DISH Network, LLC,

           Plaintiff,

*versus*                                Civil Action H-21-859

Dinesh Vigneswaran, *et al.*,

           Defendants.

# Order to Clarify

1. In its original complaint, Plaintiff DISH Network, LLC brought suit against Dinesh Vigneswaran and Does 1-10, d/b/a ChitramTV and Chitram.tv. Since then, this Court has entered a default judgment against all defendants except Vigneswaran. The plaintiff now moves for sanctions, including entry of default.[1] However, in its Claims for Relief section, the plaintiff had alleged wrongdoings by Chitram and "Defendants," generally It only mentioned Vigneswaran by name once, and that mention only refers to Vigneswaran "promot[ing] the Chitram Service as having '150+ HD QUALITY CHANNELS.'"[2] Throughout its pleading, the plaintiff discussed Vigneswaran as a facilitator of Chitram's wrongdoings.[3]

2. DISH has already obtained default judgment against all other defendants,

---

[1] Plaintiff's Motion for Contempt and Sanctions, [Doc. 68] at 12.

[2] Complaint, [Doc. 1] ¶ 14.

[3] *See, e.g.*, id. ¶ 1 ("Vigneswaran is materially contributing to and inducing direct copyright infringement by Chitram."); *id.* ¶ 4 ("Vigneswaran distributes, sells, and promoes Chitram set-top boxes and Chitram Subscriptions that provide access to the Chitram Service.").

including the full of its requested $150,000 per registered work infringed under 17 U.S.C. § 504(c) to the tune of $31,050,000. DISH has also already obtained injunctive relief against ChitramTV and affiliates, including its resellers and third-party providers.

3. The Court directs DISH to briefly explain what it still seeks at this juncture from Vigneswaran himself, whether it be monetary damages or injunctive relief, and the basis for those demands.

3. Briefing is due by 5:00 PM September 28, 2022, and is not to exceed 3 pages.



Signed on September 22, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge