November 18, 2022
Toronto, Ontario

Nathan Ochsner
Clerk of Court
United States District Court
Southern District of Texas

United States Courts
Southern District of Texas
F I L E D

DEC 0 6 2022

Nathan Ochsner, Clerk of Court

<u>Case:4:21-cv-00859</u>

**RE: Civil Action H-21-859 Default Judgment and Injunction**

Dear Sir,

I am Dinesh Vigneswaran, Defendant in respect of the above-noted Default Judgment and Injunction (the "Decision").

I Mr. Vigneswaran would like to notify this Court of my intention to appeal the Decision. I will also follow this Court's rules and procedures to initiate said appeal in the appropriate manner and venue.

I will show appropriate level of accord and respect to your Court going forward.

In light of this, I would respectfully request the Court exercise its discretion at law and equity to allow Mr. Vigneswaran the opportunity to have this matter reheard.

Thank you for your dutiful consideration of my request.

Yours truly,

Dinesh Vigneswaran

Page 1 of 1

**COMMERCIAL INVOICE / CN23  FACTURE COMMERCIALE / CN23**

der / Expéditeur

ushworth Dr
ON L1Z 1S2
da

essee / Destinataire

AN OCHSNAR
)X 61010
TON TX 77208
D STATES

| Item ID / N d'article | EM 097 366 378 CA |
| --- | --- |
| Date | 2022 11 22 |
| Reference No. / N de référence | |
| Reason for Export / Raison de l'exportation | 000 Document Document |
| Tax ID/IRS/VAT/EIN Référence du destinataire | |
| Gross Weight / Poids brut | 0.009 kg |

| Description of Contents Description du contenu | HS Tariff Code Code tarif SH | Country of Origin Pays d'origine | Net Weight (kg) Poids net (kg) | Total Value Valeur totale |
| --- | --- | --- | --- | --- |
| DOCUMENT | | CA | 0.000 | 100.00 |
| TOTAL | | Currency & Value Devise et valeur | | CAD 100.00 |

é, l'exportateur des marchandises, atteste que l'information fournie sur la présente lative à la facture est véridique et correcte et que le colis ne contient andises dangereuses ou prohibées, conformément aux conditions générales de

gned exporter of goods, certify that the particulars given in this invoice e true and correct to the best of my knowledge and that the items do not ngerous or prohibited articles as stated in the General Conditions of Carriage.



V2209.0.25    Page 1 of/de 1    SPEC 3521 V4

---

   **1**

**Xpresspost** ™/MC – USA É.-U.

From:/De :

25 Rushworth Dr
Ajax ON L1Z 1S2
Canada

To:/À :    Tel No. N° de tél.:
            000

NATHAN OCHSNAR
PO BOX 61010
HOUSTON TX 77208
UNITED STATES

See Commercial Invoice CN23 Attached    Voir la facture commerciale ou le CN23 adjoint

Postage paid / Port payé
00103366
Date
2022 11 22
Gross Weight / Poids brut
0.009 kg
Insured Value / Valeura Insurée
$100.00 CAD
Postage Rate / Tarif d'affran.
$33.24 CAD
Transaction No. / N° de transaction
0100833158
Non – Delivery Instructions
Instructions de non – livraison
return at sender's expense
renvoyer aux frais de l'expéditeur

**USPS SIGNATURE TRACKING ™ #**



EM 097 366 378 CA

Sender warrants that this item does not contain non-mailable matter.
L'expéditeur garantit que cet envoi ne contient pas d'objet inadmissible.

RPOS/PDVD V2209.0.257    SPEC 3697 V3
Shipping Label    Étiquette d'expédition

#0 (W x L) 15.9 cm x 22.9 cm • 6 1/4" x 9"
N° 0 (L x H) 15.9 cm x 22.9 cm • 6 1/4 po x 9 po

Nathan Ochsner
Clerk of Court
P.O. Box 61010
Houston TX 77208

Dinesh Vignuswaran
25 Rushworth Dr.
Ajax On L1Z1S2