**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

DISH Network L.L.C.

*versus*  Case Number: 4:21–cv–00859

Dinesh Vigneswaran, et al.

# **NOTICE OF NON–COMPLIANCE**

The appellant (or counsel for the appellant, if represented) has failed to:

- Pay the notice of appeal filing fee.
- Submit the DKT13 transcript order form.

Date: December 21, 2022.

Nathan Ochsner, Clerk